Frank J. Rizzo III, Esq                    Jury Trial
Attorney ID 57721                          Demanded
36 Waterloo Ave.
Berwyn, PA 19312
(610) 322-7526
fjr@rizzolaw.us


## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA


 BRANDTON WOODWARD                    :    Case No:
36 Mountain St.
Camden ME 04843                       :        24-1367
        v.
                                      :
PEARL M. NUDY                         :
269 Old Eagle School Rd., Wayne PA 19087
        &                             :
DIANE R. SAELI                        :
58 Llewellyn Ln., Royersford PA 19468
        &                             :
JUDITH PANDOZZI                       :
2000 Southport Ln., Southport, NC 28461
        &                             :
ARLENE WALSH
8070 Stonebrook Dr., Pensacola, FL 32514    :
        *Defendants*

---

Plaintiff Brandton Woodward, by and through his undersigned Attorney

Frank J. Rizzo III brings the following complaint:

## COMPLAINT

## THE PARTIES

1. Plaintiff Brandton Woodward is a citizen of the State of Maine who resides at 36 Mountain St., Camden, Maine, 04843.

2. Defendant Pearl M. Nudy is a citizen of Pennsylvania who resides at 269 Old Eagle School Rd., Wayne, Pennsylvania 19087

3. Defendant Diane Saeli is a citizen of Pennsylvania an adult female who resides at 58 Llewellyn Ln., Royersford, Pennsylvania, 19468.

4. Defendant Judith Pandozzi is a citizen of North Carolina who resides at 2000 Southport Ln., Southport, North Carolina, 28461.

5. Defendant Arlene Walsh (nee Woodward) is a citizen of Florida who resides at 8070 Stonebrook Dr., Pensacola, Florida, 32514.

### JURISDICTION

6. Jurisdiction is based on diversity of citizenship. The amount in controversy exceeds One Hundred Thousand Dollars ($100,000).

7. This Court has supplemental jurisdiction over any of Plaintiffs' state law claims arising under the statutory common law pursuant to 28 U.S.C. § 1338(b), because those claims are joined with substantial and related claims under federal law. The Court also has subject matter jurisdiction over those

claims pursuant to 28 U.S.C. § 1367, because any of Plaintiffs' state law claims are interrelated with Plaintiffs' federal claims and arise from a common nucleus of operative facts such that the adjudication of Plaintiffs' state law claims with Plaintiffs' federal claims furthers the interest of judicial economy.

## BACKGROUND

8.  Defendant, Judith Pandozzi has no legal relation to the Plaintiff or Joseph C Woodward III, Deceased ("Decedent") who died on July 3, 2020.

9.  Defendant, Dianne Saeli has no legal relation to the Plaintiff or Decedent.

10. Defendant Walsh is Plaintiff Woodward's aunt and only legal sibling of the Decedent.

11. Defendant Nudy is a childhood friend of Defendant Walsh (nee, Woodward) and attended kindergarten, grade school and high school together.

12. Plaintiff Woodward is the sole beneficiary of Decedent's estate.

13. Plaintiff Woodward has lived in the family home at 26 Waterloo Ave., Berwyn PA 19312 with his father over the years, which has been owned and occupied by Woodward ancestors since approximately 1860.

14. The Decedent was raised in the family home at 26 Waterloo Ave., Berwyn PA 19312 with parents and sister, Defendant Walsh.

15. Defendant Nudy was raised across the street from the Woodards and has intimate knowledge of the Woodward family members.

16. At all times relevant hereto, Defendant Nudy was aware that the Decedent had one son, Plaintiff Woodward.

17. At all times relevant hereto, Defendant Nudy was also aware that the Plaintiff Woodward had two children, daughter Rhiannon Oreski and son Ciaran Mastricolo.

18. Immediately prior to his passing, the Decedent lived alone in the family home located at 26 Waterloo Ave., Berwyn PA.

19. Sometime before July 3, 2020, the Defendant Nudy became aware that the Decedent was gravely ill.

20. Defendant Nudy was aware that the Plaintiff Woodward had not spoken to the Decedent since December 25, 2018, after a Christmas Day dispute when he visited the Decedent with his son Ciaran and Theresa Mastricolo.

21. Defendant Nudy was also aware that the Decedent kept in constant contact with his grandson Ciaran through his mother Theresa Mastricolo as well as contact with his granddaughter Rhiannon and that despite the dispute maintained the ability to communicate with his father.

22. Defendant Nudy knew that Plaintiff Woodward, the sole heir to the Decedent's estate, was physically distant from his father because he lived in

Maine as well as estranged from him because the Decedent did not approve
of Plaintiff's move to Maine while leaving his granddaughter Rhiannon in
Pennsylvania with her mother.

23. When Plaintiff Woodward moved from the family home, with the
knowledge and permission of the Decedent, he left numerous items of
personal property that were either items that were of substantial worth or
had a priceless familial value.

24. Plaintiff Woodward maintained keys to the family home and family safe (as
well the combination) and always maintained immediate access to his
property that remained in the home.

25. Over the course of his childhood and adult life, Plaintiff's grandfathers and
the Decedent had gifted him several valuable family heirlooms that Plaintiff
elected to keep in the family safe or home with permission of the Decedent
including:

    a) Two (2) Civil War Deringers with engraved locks plates, one with
       four barrels estimated value of $3250 and one with a single barrel.

    b) Two (2) official or Regulation Railroad Pocket watches given to
       him by his grandfather Joseph C Woodward Jr, Deceased[1]

---

[1] The Regulation Railroad Pocket Watches were complete with custom engravings such as the Wayne Train Station. Passed through generations of Woodwards, the watches entered the family as a gift from Henry Howard Houston, a Pennsylvania Railroad freight executive who oversaw construction of the Philadelphia, Germantown, and Chestnut

c) A Revolutionary War mallet that included a handle made with wood salvaged from General George Washington's headquarters in Valley Forge with certified authenticity documentation.  The mallet was stored in a custom-made wooden box with the original authenticity documentation  which stated (the Mallet also was in scripted) that it was made for the members of the first Masonic temple built in Philadelphia gifted to Plaintiff by his grandfather for his 13th birthday.

d) His Grandmother's pearls, passed down from her mother, gifted by the Decedent when his daughter Rhiannon was born.

e) The Decedent's Vietnam War sidearm, a M1911 .45 caliber pistol.[2]

f) A hand carved ornate Ducks Unlimited Shot Gun  similar to the Benell 3 28" Super Black Eagle that the Decedent had received in recognition for his services in Vietnam, engraved with his name with a financial value of an estimated $5,000.

---

Hill Railroad . Houston's daughter married George Woodward; a real estate developer credited with developing Chestnut Hill as well as a number of other local projects.  The conversion of assets with such a deep family history, renders the Original Defendants conduct to descriptions such as despicable, deplorable, and unconscionable.
[2] The Decedent owned 3 other pistols, a 9 MM Barretta, a Smith and Wesson 357 and a 38 Special. These guns would  have passed to Woodward through the estate had they not been converted.  Worthy of note is the Defendant Nudy, a Federal  Firearms Licensee, charged the Estate for 4 license transfers but failed to record the revenue associated with the sale. This is an obvious indication that she sold the 3 pistols owned by the Estate and the one owned by Plaintiff.  The pistols were converted to cash, but the sentimental value of the gun strapped to his highly decorated father's side as he crawled through the jungle irreplaceable.

g) 2 Revolutionary War muskets complete with bayonets and flintlock

pistols used in the Revolutionary War gifted to him by his father

that Plaintiff hung on his bedroom wall.

26.  Plaintiff Woodward's property also included the "Woodward family silver",

service for 18 including all of the serving utensils that was so large it was

stored in wood trunk gifted to him by his grandfather engraved with the

letter "W".

27. Additionally, his maternal grandfather had gifted him "Horse" a painting

done by his grandfather, priceless to the Plaintiff  Woodward.

28. Defendant Nudy, aware that Plaintiff Woodward had substantial assets

remaining in the family home, saw an opportunity to convert the Plaintiff's

assets that remained in the Decedent's home as well as the personal property

of his deceased father if she was able to remove same prior to Plaintiff

discovering his father died intestate.


**THE FORMATION OF THE CONSPIRACY**


29. To accomplish the intended scheme, Defendant Nudy solicited the

assistance of Defendants Pandozzi and Saeli, who agreed to assist her and

convert all of the personal property of the Plaintiff Woodward and of the

Decedent within the residence of 26 Waterloo Ave. (The Defendants Nudy,

Pandozzi and Saeli are referred to herein from time to time as "Original Defendants").

30. The Original Defendants were aware that Plaintiff Woodward, as the sole lineal heir, was the only proper party with requisite standing to object to the on-going conversion of his and the Decedent's personal property.

31. For the conspiracy to work, the Original Defendants needed to use any methods available to delay Plaintiff Woodward from discovering that the Decedent passed "intestate", and that Plaintiff Woodward was the sole beneficiary under the intestacy laws of Pennsylvania for as long as possible.

32. By obfuscating the Plaintiff Woodward's right to administer the estate which would give him access to information that would expose their reprehensible conduct, the Original Defendants believed, at a minimum they would successfully convert the personal property of the Plaintiff Woodward.

33. With the Plaintiff Woodward already out of contact, the Original Defendants agreed that Defendant Nudy would fraudulently represent to the world that Plaintiff Woodward was a criminal on the run, wanted by the local police and was unable to be located.

34. The Original Defendants also agreed that the Defendants Saeli and Pandozzi would fraudulently represent themselves as the only legal "sisters" of the

Decedent and allege a fraudulent claim to the personal property located in the Decedent's home and later as sole "beneficiaries" of the Decedent's Estate.

35. The Original Defendants were aware that even if they established that Plaintiff Woodward could not be located, his children were the only remaining heirs.

36. Accordingly, it was necessary to fraudulently deny that Plaintiff Woodward had any children in Defendant's Nudy's Petition for Grant of Letters of Administration and represent that Defendants Pandozzi and Saeli were the only other potential beneficiaries of the Estate. See Exhibit "A"

37. Considering the lifelong friendship Defendant Nudy had with Defendant Walsh, the omission of Defendant Walsh, the only legal sister of the Decedent in the Petition for Grant of Letters of Administration is yet another fraudulent misrepresentation made by the Original Defendants in their conspiracy to convert the Plaintiff's assets.

38. The sole aim of this conspiracy was the malicious depravation of Plaintiff Woodward's right to his own personal property as well as his right to claim his inheritance as the sole lineal heir of the Decedents Estate.

39. There can be no dispute that the Original Defendants had any lawful right to any of the Plaintiff Woodward's property or any of the assets of the Decedent's estate or any right to administer the Decedent's Estate.

40. None of the Original Defendants  or Defendant Walsh were exercising the enjoyment of any lawful right of their own at any time commencing as of the date of the Decedents death until the present day.

41. Yet, almost immediately after the Decedent passed, the Original Defendants began the pre-planned scheme of taking control of all the personal property in the home, including the Plaintiff Woodward's personal property.

## **THE DEFENDANTS LAY THE GROUNDWORK TO OBFUSCATE PLAINTIFF FROM DISCOVERING THEIR PLAN**

42. On July 6, 2020, Decedents next door neighbor P. Lane's house guest Lee Lawrence answered Defendant Nudy's knock wherein Nudy advised her that she "was a Court Officer" and "needed to speak with the owner". (Affidavit of Lee Lawrence attached as Exhibit "B").

43. Defendant Nudy advised Lane she was "appointed by the court to oversee the premises and that the Decedent's son Woodward was not permitted on the premise as he had "shot up the place previously and was wanted by the

police" and further advised Lane that he should "notify the police immediately if anyone other than herself is on the property".

44. Attorney Lane, unaware that his neighbor had passed away immediately texted his neighbor and expressed concern about the meeting and conversation with Defendant Nudy. (See Exhibit "C").

45. Defendant Nudy's statements to Lane were patently false as:

    a) She was never a "Court Officer" or "Appointed by the Court".

    b) She was not named as Administratrix of the Estate for almost 90 days after the fraudulent representation, until on or about September 23, 2020. In fact, by the time she was appointed Administrator, the Original Defendants had removed all of the personal property in the family home.

    c) Plaintiff Woodward was not "wanted by the police" nor did he ever "shoot the place up".

    d) As the only lineal descendant child, Plaintiff Woodward with keys and permissive access, would have been the only person authorized to be in or on the property 26 Waterloo Ave., Berwyn PA.

46. Defendant Nudy also made the same fraudulent misrepresentations to another neighbor, Rebecca Monro, who later observed Defendant Nudy in

or on the premise on multiple occasions during July and early August of 2020. (Affidavit of Rebecca Monro attached as Exhibit "D").

47. The Original Defendants assumed exclusive use and control of the home and began to clean out the property with the intent to surreptitiously sell anything that could generate a dollar without regard to the Plaintiff Woodward or his family history or legacy.

48. The Original Defendants removed from the Decedent's home the large family gun safe which contained not only Plaintiff Woodward's property but numerous other valuables of the Decedent along with all the Decedent's valuable documents, including, based on information and belief, the Decedent's Will and relevant documents related to the property 26 Waterloo Ave. Berwyn PA.

49. After gathering and selling all the Plaintiff's and Decedent's assets of value, the Original Defendants discarded as trash numerous remaining unsold familial artifacts and other family treasures that would only have an intrinsic priceless valuation to family members of the Decedent including but not limited to:

    a) all of his military memorabilia resulting from Decedent's service in the Vietnam War.

    b) the painting "Horse"

      c) every family picture, letter, awards and other sentimental items

          collected and passed down over generations.

50. After only three (3) weeks, the Original Defendants had converted the most valuable personal property from the home while emptying the remaining contents of the premises by July 28, 2020 into pods if they deemed the items worthy of a "cash and carry sale" summarily discarding unsaleable items in a dumpster. (See Exhibit "E").

51. The heinous and despicable acts of the Original Defendants completely removed from any possibility the right to pass down to future generations that which was previously recorded and memorialized by the Woodward ancestors.

52. While converting all the personal property in the home, regardless of who owned it, the Original Defendants, in a concerted effort to conceal their conversion of personal property, conspired and agreed to fraudulently raise the Decedent's estate and have Defendant Nudy appointed as Administratrix.

53. Defendant Nudy, acting as Administrator was able to wrongfully obfuscate Plaintiff from any information as to the personal property as well as begin to convert the Estate's remaining assets.

54. The burial of the Decedent provided the initial opportunity for the Defendants Pandozzi and Saeli to misrepresent their status as legal "sisters" of the Decedent as well as provide the necessary props to support their fraudulent "renunciations" in favor of Defendant Nudy to raise the Decedent's estate.

55. On or before July 24th, 2020, Defendant Pandozzi appeared at Alleva Funeral Home in Paoli PA, serving as Informant under Pennsylvania law and fraudulently claimed to be Decedent's legal sister to provide the information resulting in Local Registrar's Certification of Death # P27427569.

56. Additionally, Defendant Pandozzi presented to the funeral home a check drawn from her account in the amount of $800 as implied proof of their legally recognized and exclusive "sibling" relationship.

57. The Defendant Saeli also presented to the funeral home a check drawn from her account in the amount of $800 as implied proof of her legal relationship. See Exhibit "F "

58. Defendant Nudy knew that the Decedent's ex-wife, Plaintiff Woodward's Mother, Velma Sassaman. had moved to Michigan years ago after a difficult divorce.

59. The Original Defendants agreed that Defendant Pandozzi would initiate contact with Velma Sassaman.

60. In July, prior to the funeral, Defendant Pandozzi contacted Velma Sassaman and advised her that she was the Decedent's sister and that the Defendant had passed on July 3, 2020.

61. She requested that Velma Sassaman not contact her son, Plaintiff Woodward, and share the news with him since he and his father "did not always get along well".

62. Sassaman refused and advised Defendant Pandozzi that she intended to hang up the phone and contact her son immediately.

63. Sassaman immediately contacted her son, Plaintiff Woodward, and advised him of the strange conversation and request from a sister she never met nor believed.

64. Plaintiff Woodward, battling COVID and under quarantine in Maine contacted Michelle Oreski, mother of their daughter Rhiannon and requested that she contact Defendant Pandozzi to find out what she could regarding the funeral arrangements but that it would be unlikely that he would be permitted to travel.

65. Plaintiff requested Michele Oreksi make sure that "Horse" was returned to him as he intended to pass on the priceless heirloom to their daughter Rhiannon.

66. Prior to the Funeral Services, the Original Defendants created another prop for their fictitious story by authoring decedent Woodward III's Obituary which states: "Survivors include - Woodward, son, grandchildren Rhiannon and Ciaran, sisters Judith Pandozzi (Mark), Diane Saeli (Kevin) and brother Garry Baker (Gloria). Special niece Tracey Flores, numerous nieces and nephews and special friends". (Obituary attached here as Exhibit "G").

67. This knowingly false Obituary was drafted to create yet another false proof point that the Defendants Pandozzi and Saeli were the legal sisters of the Decedent when all the Defendants knew Defendant Walsh, was the only legal sister of the Decedent.

68. Noticeably absent from any mention in the Obituary is Defendant Walsh, who was aware of the Decedent's death as evidenced by her daughter's post to the obituary.

69. Despite the omission of her status as a legal sister of the Decedent, Defendant Walsh remained mute.

70. On or about July 25, 2020, a memorial service was held for the Decedent at Green Mount Cemetery in West Chester, PA, which was attended by the

Defendants Nudy, Pandozzi and Saeli as well as Michelle Oreski and

Plaintiff Woodward's 16-year-old daughter Rhiannon Oreski.

71. The Affidavit of Michelle Oreski, mother of 16-year-old Rhiannon Oreski,

decedent's granddaughter, states the following:

a) Defendant Pandozzi spoke to Michelle Oreski regarding the funeral

details.

b) On the call, Ms. Oreski advised Pandozzi that she had very

recently spoken to Plaintiff Woodward and he requested

information on "Horse" his painting gifted him by his maternal

grandfather.

c) The Defendants Nudy, Pandozzi and Saeli presented Plaintiff

Woodward's daughter Rhiannon with various gifts and trinkets she

had given to her grandfather over the years as another false proof as

they had no right to remove anything from the property.

d) Ms. Oreski advised the Defendants that she was in contact with

Plaintiff Woodward and has all the information to contact Plaintiff

Woodward, the father of her child.

e) None of the Original Defendants requested Plaintiff Woodward's

contact information. (Affidavit of Michelle Oreski attached as

Exhibit "H").

72. Unfortunately, the 'Horse" painting was not presented to Ms. Oreski or Rhiannon, which had already been converted or discarded by the Original Defendants.

73. The actions of the Original Defendants, standing on the Decedent's grave while offering trinkets to his granddaughter as they had already converted any property of substantial value for their own benefit were despicable and reprehensible, only to be magnified days later when they denied her very existence at the Chester County Register of Wills.

74. After the Memorial Service, on Tuesday July 28, 2020, Defendant Nudy advertised an Estate sale on the internet for the premise of 26 Waterloo Ave., including photographs of the contents (otherwise known as the Woodward family legacy) of the premises in portable on demand storage bins as a "cash and carry" event. July 30,2020 to August 1, 2020.

75. Driven by pure greed, with complete disregard for the Plaintiff and the Woodward family valuables and priceless heirlooms converted by them, the final pieces of property were either sold or thrown in a dumpster as if it were common trash.

76. The Original Defendants were aware they needed to continue to conceal their conversion and now needed to act quickly to raise the Estate.

77. On July 29, 2020, Defendants Saeli and Pandozzi appeared before the
Chester County Deputy Register of Wills and executed sworn Renunciations
as legal "sisters" in favor of Defendant Nudy, claiming a right to share in
the Estate.

78. On July 29, 2020, Defendant Nudy, presumably at the request of the
Register of Wills of Chester County,  sent a certified  letter to Plaintiff
Woodward at the now broom swept clean address of 26 Waterloo Ave.,
Berwyn PA 19312 as an attempt to show a "good faith" effort to locate
Plaintiff Woodward.

79. In fact, the Original Defendants were on site for the sale July 30, 2020,
through August 1, 2020, and informed the postal carrier, Mr. Woodward was
"no longer at this address"   to shorten the time in which the letter would be
returned to Nudy. (See Exhibit "I").

80. On August 28, 2020, Defendant Nudy  presented a Petition for Grant of
Letters of Administration stating that the heirs to the intestate estate were
the Plaintiff Woodward, "who could not be located" and the Defendants
Pandozzi and Saeli, each alleging that they were legal sisters and
beneficiaries to the estate. (See Exhibit "J").

81. The fraudulent submission once again denies the existence of the Decedent's grandchildren, the rightful heirs if in fact Plaintiff Woodward could not be found.

82. The Original Defendants fraudulently represented to the Register of Wills that: :

    a) The Plaintiff Woodward could not be located.

    b) That the young lady they consoled at the Decedents gravesite days prior did not exist, nor did Plaintiff's son  Ciaran.

    c) That the Defendants Pandozzi and Saeli were legal sisters of the Decedent, despite knowledge that the only legal sister the Decedent had was Defendant Walsh.

    d) That the Defendants Pandozzi and Saeli were each entitled to 50 % of the Decedent's Estate.  See Exhibit "K"

83. The fraudulent representations contained in the Petition for Grant of Letters of Administration remain as of record as neither of the Defendants Pandozzi or Saeli, despite demand, have ever disclaimed any previously fraudulent declaration that they were entitled to a share in the estate.

84. On or about  August 28, 2020, in the Petition for Grant of Letters Defendant Nudy produced a notarized "Affidavit" stating:

a) "I have attempted interviews with the neighbors at the last known
address of Mr. Brandon Woodward: 26 Waterloo Avenue, Berwyn,
PA 19312. No one has met him or knows of his whereabouts.
Neighbors have asked to remain anonymous".

b) "I have done a reasonable search of online resources. Mr. B.
Woodward does not have a presence. I could not find a driver's
license in his name issued in Pennsylvania or any surrounding
states."

c) "I have spoken at length to the 2 sisters of the decedent: Judy
Pandozzi and Diane Saeli. Both have completed and submitted
renunciation forms to the Office of the Registrar. Neither of the
sisters has any knowledge of the whereabouts of Mr. Brandon
Woodward. Both sisters have indicated that he might be dead since
he has had no contact with his father, the decedent, in at least 15
years." See Exhibit "L".

85. Each of the representations contained in the affidavit were false as:

a) The neighbors were not interviewed but rather intimidated by the
false statements made by Defendant Nudy about the Plaintiff
Woodward.   No neighbor requested anonymity.

b) Defendant Nudy indicated that she searched the name "B Woodward" online, hardly an accurate search considering the unique spelling of Plaintiff's name. Defendant Nudy does not have the ability to search Driver's License information in PA or surrounding states and had met one of the successor lineal heirs if Plaintiff Woodward could not be found.

c) Defendant Nudy is well aware that the only sister of the Decedent is Defendant Walsh.

d) Considering that the Decedent had a relationship with his then 8-year-old grandson, the averment that the Decedent did not have contact with Plaintiff Woodward for over 15 Years is simply another fraudulent misrepresentation.

e) Plaintiff Woodward was still a valid licensed driver in Pennsylvania.

86. Defendant Nudy's level of inhumane depravity is evident as the aforementioned affidavit reduces to writing a libelous statement regarding the relationship of a grandfather and grandson, further aggravated when she later testified "He (Decedent) didn't care about his grandchildren because they never knew him. Never took an opportunity to get to know him"

which is directly contrary t the attached  pre-Christmas email as set forth

him Exhibit "M"' and as set forth in Ms. Mastricolo  affidavit attached

hereto Exhibit "N".

87. Prior to issuing the Letters of Administration to Defendant Nudy, the

Register of Wills required that the Defendant Nudy file a "Petition for

Citation to Show Cause why Petitioner Should Not be Appointed

Administrator" directed to the Plaintiff. See Exhibit "O"

88. The  "Petition for Citation to Show Cause why Petitioner Should Not be

Appointed Administrator" was never served upon Plaintiff Woodward nor

even attempted to be served upon him as indicated ted by the lack of any

address submitted by Defendant Nudy. See Exhibit "P"

89. Although the Chester County Register of Wills system is intended to protect

Plaintiff Woodward's right to his father's estate, through the acts of fraud as

referenced above including the mailing of any notices to the Plaintiff to a

vacant home, Defendant Nudy was wrongfully appointed Administrator of

the Estate on or about September 21, 2020.

90. Defendant Nudy, in yet another attempt at concealment, advertised the

granting of the Letters prior to her appointment. See Exhibit "Q".

91. Accordingly, any inquiry made to the Register of Wills resulting from the advertisement prior to the appointment would have indicated that there was no such estate raised.

92. In November of 2020, Defendant Nudy entered into an agreement of sale for the family home located at 26 Waterloo Ave., Berwyn PA 19312 for $450,000.00.

93. However, unbeknownst to Defendant Nudy, the Decedent did not have clear title to the property and the agreement was terminated.

94. By November 24, 2020, Defendant Nudy decided to rent the premises and retain the rental income for her sole benefit.

95. Defendant Nudy found tenants Thomas and Ashely Bruder who rented the premises commencing on or about December 1, 2020, from the Estate of Joseph C. Woodward for $1,700 per month.

96. Immediately after execution of the lease, the Bruders were directed by Defendant Nudy to make all further rent checks to her personally. (See Exhibit "R").

97. By early spring of 2021, next door neighbor John Lane, Esq. became increasingly suspicious of the his interaction with Defendant Nudy and her actions.

98. Lane did a simple Google search and found  Plaintiff Woodward and contacted him several days later to apprise him of what was occurring next door.

99. Plaintiff Woodward was shocked and Lane was immediately retained by Plaintiff to Petition the Court to remove Defendant Nudy and have Plaintiff Woodward, the sole heir,  appointed as Administrator.

100. On or about May 24, 2021  Plaintiff Woodward filed a Petition to Rescind the fraudulent Letters of Administration.

101. In a desperate response to continue the concealment of their conspiracy to convert as well as the underlying conversion of Plaintiff Woodward's assets and all the fraudulent acts to accomplish same,  Defendant Nudy inexplicably solicited the assistance of Defendant Walsh to assume an active role to continue the concealment of the ongoing  conspiracy.

102. Defendant Walsh had no right or claim to her brother's estate as Plaintiff was the sole heir Defendant Walsh, living in Florida, accepted Defendant Nudy's nomination to serve as Administratrix of an estate in Pennsylvania.

103. To the extent that there was ever any question as to whether Defendant Walsh was an initial conspirator  with the Original  Defendants, she became an active participant when she accepted Defendant Nudy's nomination and further obfuscated Plaintiff Woodward's access to information.

104. Part of the Agreement with the Original Defendants and Defendant Walsh was the agreement to fund her legal fees with funds that were in part resulting from the sale of Woodward's personal property, including but not limited to the Regulation Railroad Watch.

105. Defendant Nudy used converted funds to pay Defendant Walsh's legal fees as averred by Defendant Nudy's previous counsel.

106. Defendant Walsh's acceptance of Nudy's nomination as alternate Administratrix furthered the conspiracy to convert and fraudulently conceal their acts of conversion and fraud as she stepped into Nudy's shoes and continued precluding  Plaintiff Woodward access to the records and accounts of the Estate from which he could discern the damages the Defendants caused him.

107. The Register of Wills inexplicably appointed Defendant Walsh as Administrator instead of the Plaintiff Woodward, the sole beneficiary, following a hearing  on July 30, 2021.

108. Plaintiff Woodward immediately appealed the Order and by agreement of the parties, Defendant Walsh was forced to resign in favor of Plaintiff Woodward , who was appointed Administrator September 8, 2022.

109. Although the Register of Wills  ordered the Defendant Nudy to turn over all of the Estate records and property, the Defendant Nudy has refused.

110. After appointment, Plaintiff Woodward petitioned the Orphan's Court twice to compel Defendant Nudy to file an accounting as it was never formally documented what assets were claimed to be part of the Estate as compared to what was his personal property.

111. The Defendant Nudy has never filed an accounting with he Orphans Court.

112. Accordingly, Plaintiff Woodward was precluded from determining whether his personal property was improperly included as an asset of the estate or in the alternative converted by the Defendants.

113. The last overt act of the conspiracy to convert and the conversion of the Plaintiff's personal property, Defendant Nudy attempted to provide an informal accounting to Plaintiff Woodward's by letter dated March 21, 2023 from her then counsel, John McCaul. See Exhibit "S"

114. The informal accounting proved Plaintiff Woodward the ability to confirm that his property was not included in the estate as personal assets of the Decedent.

115. The 85-page informal accounting is fraught with doctored records and inconsistent facts including by example only:

   a) The Inheritance Tax Return indicates that there were 5 pocket watches owned by the Decedent. However, the Colonial Hyundai receipt indicates that 5 watches were sold for $415.00 yet a 6th

watch was sold for $300 to Cassandra Fennelly on October 10, 2020. The reference on the check indicates that it is the same watch that was gifted to Plaintiff Woodward by his grandfather. See Exhibit "S"

b) While Nudy claims Colonial Hyundai purchased 5 pocket watches and one Zippo lighter for $415, along with a Harley Motorcycle for $4,500 and a Honda Trike for $1,500 for a check total of $6,415, her handwritten receipt is a poor attempt at doctoring what was actually purchased by Colonial Hyundai. (See Exhibit "T")

c) The Defendant Nudy withdrew $9,225 to pay the funeral bill in cash yet to date has never provided a funeral bill.

d) Defendant Saeli purchased $900 of property on October 11, 2020, which was returned to her in one of the alleged reimbursed expenses.

e) The Inheritance Tax Return is devoid of any of the Plaintiff Woodward's personal property with the exception of a single pocket watch.

f) The charge for four (4) firearm transfers (Nudy is a Federal Firearms Licensee) without further explanation is evidence she sold

off Plaintiff's Vietnam 45. Pistol carried by his father through the jungles of Vietnam. See Exhibit "S"

g)  Nudy surreptitiously paid $7,900.00 of Estate funds to her Capital One Credit Card, which her then attorney, McCaul claimed money was needed to pay for counsel other than himself, presumably referencing funding Defendant Walsh's counsel.

h)  Nudy reimbursed herself $5,213.90 for the  unauthorized estate sale she conducted a month prior to even submitting the fraudulent documents submitted to raise an estate without any revenue associated with the alleged sale.

## Count I Conspiracy to Commit Conversion

### Plaintiff Woodward vs. Defendants Nudy Saeli and Pandozzi

116.  Plaintiff incorporates by reference the averments set forth in Paragraphs 1., through 1-115., inclusive as though the same were set forth herein at length.

117. " Pennsylvania recognizes the tort of civil conspiracy, which is defined as a combination between two or more persons to do an unlawful act, or to do a lawful act by unlawful means, or to accomplish an unlawful purpose."

Franklin Music v. Am. Broadcasting Companies, 616 F.2d 528, 534 (3d Cir. 1979)

118. Defendants, Walsh, Nudy Pandozzi and Saeli conspired together to intentionally convert the personal property of Plaintiff Woodward

119. Defendants acted with pure malice toward Plaintiff Woodward as their actions were in no way an exercise of any rights of their own and were solely intended to injure Plaintiff Woodward.

120. Their conversion of Plaintiff Woodward's property effectively deprived him of his rights therein, without his consent or any lawful justification, for same

121. Woodward demanded his property back immediately upon discovery of its conversion.

122. Woodward suffered actual damages because of the conspiracy and resulting successful conversion of his personal property.

123. Woodward suffered the loss of the personal property set forth above.

124. Woodward's personal belongings were on the premise of his now deceased father with his father's permission and consent and were available for his immediate possession at any time of his choosing.

125. WHEREFORE, Plaintiff Woodward demands judgement in his favor in excess of $100,000, plus interest and attorney's fees as well as punitive damages for the reprehensible and despicable conduct.

### Count II Conversion

### Plaintiff Woodward vs. Defendants Nudy Saeli and Pandozzi

126. Plaintiff incorporates by reference the averments set forth in Paragraphs 1., through 125., inclusive as though the same were set forth herein at length.

127. Plaintiff Woodward was the owner of the following personal property located at 26 Waterloo Ave,. Berwyn PA set forth in detail above.

128. Plaintiff Woodward accumulated the property over his lifetime as gifts from his now deceased grandparents and father.

129. The Original Defendants took possession of the Decedent's home where Plaintiff's personal items were stored since the date he received same as gifts, many contained in the family safe which Plaintiff maintained access to as evidenced by his possession of keys and the safe combination.

130. The Defendants consistently ignored Plaintiff Woodward's demand for the return of his personal property.

131. The only response offered by Defendant Nudy was regarding the painting "Horse" wherein she stated that it could not be located, even though Plaintiff identified the painting in the "Cash and Carry" advertisement.

132. The personal property converted by the Defendants not only has a substantial value in excess of $100,000, but the property also represents irreplaceable family heirlooms.

133. As a result of the reprehensible and despicable wrongful conduct of the Original Defendants, Plaintiff is entitled to punitive damages.

WHEREFORE, Plaintiff Woodward demands judgement in his favor in excess of $100,000, plus interest and attorney's fees as well as punitive damages for the reprehensible and despicable conduct.

### Count III Conspiracy to Commit Fraud

134. Plaintiff incorporates by reference the averments set forth in Paragraphs 1., through 133., inclusive as though the same were set forth herein at length.

135. Defendants Walsh, Nudy, Pandozzi and Saeli conspired and agreed to intentionally perpetrate fraud in raising the estate  for the purpose of depriving Plaintiff  Woodward his right to discover the extent of the conversion of his personal assets by denying him any access to information or any assets claimed to be owned by the Estate to which he is the sole heir.

136. Defendants misrepresented the nature of their legal relationships with the Decedent, fraudulently representing the  alleged attempts to contact Plaintiff Woodward by mailing notices to a known vacant home as well as fraudulently failing to disclose the Decedents grandchildren as lineal heirs for the sole purpose of having Defendant Nudy appointed as Administrator.

137. As a result of their fraudulent actions, Plaintiff Woodward was unable to determine the extent of the conversion of his property and the Estates property until March 23, 2023, when it his property was not included in the informal accounting provided by Defendant Nudy.

WHEREFORE, Plaintiff Woodward demands judgement in his favor in excess of $100,000, plus interest and attorney's fees as well as punitive damages for the reprehensible and despicable conduct.

## Count IV Plaintiff vs. Defendant Arlene Walsh

## Aiding and Abetting Fraud

138. Plaintiff incorporates by reference the averments set forth in Paragraphs 1., through 137., inclusive as though the same were set forth herein at length.

139. Defendants Nudy, Saeli and Pandozzi committed torts against Plaintiff Woodward including but not limited Conversion and Fraud.

140. Defendant Walsh had actual knowledge that the above referenced Defendants conduct was wrongful; Walsh is the only actual sibling of the Decedent.

141. Defendant Walsh knowingly and substantially assisted the concealment of the other Defendant's tortious actions by accepting Nudy's nomination to be successor Administrator for the sole purpose of depriving Plaintiff access to the accounting of his father's estate while taking no action as Administrator of the Decedents estate for over a year.

142. As a result of the vexatious and dilatory conduct of the Defendant Walsh, the actions of the Defendants were not fully uncovered until March 23, 2023.

143. In addition to assisting the concealment of the conspiracy to convert, the conversion and the fraudulent actions to further conceal the above, Plaintiff Woodward has and continues to expend legal fees which are included in Plaintiff Woodward's damages.

WHEREFORE, Plaintiff Woodward demands judgement in his favor in excess of $100,000, plus interest and attorney's fees as well as punitive damages for the reprehensible and despicable conduct.

## Count VI Plaintiff vs. Defendants Pandozzi and Saeli
## Aiding and Abetting Fraud

144. Plaintiff incorporates by reference the averments set forth in Paragraphs 1., through 143., inclusive as though the same were set forth herein at length.

145. Defendants Nudy, as ringleader committed torts against Plaintiff Woodward including but not limited Conversion and Fraud.

146. Defendants Pandozzi and Saeli had actual knowledge the above referenced Defendants conduct was wrongful.

147. Defendants Pandozzi and Saeli assisted the Defendant Nudy from the beginning by agreeing to represent themselves as the only legal sisters of the Decedent and denying the existence or whereabouts of the Decedents rightful lineal heirs.

148. As a result of their reprehensible conduct, the actions of the ringleader Nudy was not fully uncovered until March 3, 2023.

149. In addition to assisting the concealment of the conspiracy to convert, the conversion and the fraudulent actions to further conceal the above, Plaintiff Woodward has and continues to expend legal fees which are included in Plaintiff Woodward's damages.

WHEREFORE, Plaintiff Woodward demands judgement in his favor in excess of $100,000, plus interest and attorney's fees as well as punitive damages for the reprehensible and despicable conduct.

## Count VII Concert of Action § 876 Restatement (Second) of Torts
### Plaintiff Woodward vs. All Defendants

150. Plaintiff incorporates by reference the averments set forth in Paragraphs 1., through 149., inclusive as though the same were set forth herein at length.

151. Each of the four Defendants committed tortious conduct directed toward the Plaintiff Woodward.

152. Each of these individual tortious acts were done in concert with tortious acts of their fellow tortfeasors pursuant to a common design and have deprived Plaintiff of his personal property as well as the right to timely administer his father's Estate which would have uncovered their reprehensible conduct.

153. Each tortfeasor intended and knew their individual torts, i.e. swearing to false documents and statements before a court, among others, would supply substantial assistance and encouragement to each of the other tortfeasors.

154. The knowing and intentional substantial assistance in accomplishing the numerous torts, resulting in the near total deprivation of Plaintiff's right to his personal property and his right to administer his father's estate, conversion of his personal property, of the concert participants constituted multiple breaches by each participant of duties owed to Plaintiff.

155. Plaintiff suffered substantial economic loss by this concerted action against him, including loss of personal property, legal fees, and delay in the administration of his father's estate.

WHEREFORE, Plaintiff Woodward demands judgement in his favor in excess of $100,000, plus interest and attorney's fees as well as punitive damages for the reprehensible and despicable conduct.

## **Count VIII Punitive Damages**

## **Plaintiff Woodward vs. All Defendants**

156. Plaintiff incorporates by reference the averments set forth in Paragraphs 1., through 155., inclusive as though the same were set forth herein at length.

157. The law is clear in Pennsylvania that "Punitive damages may be awarded whenever the elements of fraud, malice, gross negligence, or oppression mingle in the controversy."

158. The factfinder may impose punitive damages for "torts that are committed willfully, maliciously, or so carelessly as to indicate wanton disregard of the rights of the party injured. Thompson v. Swank, 176 A. 211, 211 (Pa. 1934).

159. The Defendants conspired to convert Plaintiff's personal property as well as his deceased father's personal property to which he was the sole beneficiary.

160. Even an attempt to assert that they were acting under a color of law is fraudulent as :

   a) The Plaintiff Woodward's personal property as well as the Estates Personal property was removed from the family home and converted months prior to Defendant Nudy's appointment as Administratrix.

   b) In perhaps one of the more egregious offenses, without right or authority and acting in concert with each other, they discarded as trash, any and all family documentation, pictures, heirlooms and albums and anything in between, a complete family history that dates back to the Revolutionary War for anything that could not be exchanged for a single dollar.

c) The Defendants wiped any physical memories of the Woodward family by converting or discarding property have passed down by generations of Woodwards simply because it had no financial benefit to them.

d) The Defendants conspired to conceal the conspiracy and conversion by fraudulently representing, inter alia:

    i.   that Defendants Pandozzi and Saeli had legal capacity to execute renunciations in favor of Defendant Nudy.

    ii.  That the Original Defendants could not locate the Plaintiff Woodward and presented affidavits to support same which were intentionally mailed to a vacant home and even then, waited for the postman to advise that the Plaintiff no longer lived there.

    iii.  That the Defendants, after standing graveside with Plaintiff Woodwards grieving daughter, denied her existence as well as her other Ciaran's to the Register of Wills in order to have Nudy appointed as Administrator.

161. All of the Defendants have acted in a willfully, maliciously, or so carelessly as to indicate wanton disregard of the rights of Plaintiff Woodward and with total disdain for the rule of law and warrant an award of punitive damages.

WHEREFORE, Plaintiff demands Punitive Damages in an amount more than One Hundred  Thousand Dollars ($100,000) and any such further relief this Honorable Court deems appropriate.

Frank J. Rizzo III, Esq
Counsel for Plaintiff Brandton Woodward
Attorney ID 57721
36 Waterloo Ave.
Berwyn, PA 19312\
(610) 322-7526
fjr@rizzolaw.us

201673    Reset

# PETITION FOR GRANT OF LETTERS

REGISTER OF WILLS OF _____CHESTER_____ COUNTY, PENNSYLVANIA

Petitioner(s) named below, who is/are 18 years of age or older, apply(ies) for Letters as specified below, and in support thereof aver(s) the following and respectfully request(s) the grant of Letters in the appropriate form:

## Decedent's Information

Name: Joseph C. Woodward

a/k/a: _Joseph C Woodward III_

a/k/a: _____

a/k/a: _____

Date of Death: _July 3, 2020_

File No: _____
(Assigned by Register)

Social Security No: _____
Age at death: _73_

Decedent was domiciled at death in _Chester_ County, _PA_ (State) with his/her last

principal residence at _26 Waterloo Avenue, Berwyn 19312_   _Easttown Township_   _Chester_
Street address, Post Office and Zip Code   City, Township or Borough   County

Decedent died at _Univ. of PA. Hospital_   _Philadelphia_   ____   _PA_
Street address, Post Office and Zip Code   City, Township or Borough   County   State

Estimate of value of decedent's property at death:

If domiciled in Pennsylvania...................................... All personal property ........... $ _20,000._

If not domiciled in Pennsylvania.......................... Personal property in Pennsylvania .... $ _____

If not domiciled in Pennsylvania.......................... Personal property in County .......... $ _350,000._

Value of real estate in Pennsylvania............................................ $ _370,000.00_
TOTAL ESTIMATED VALUE.... $ _370,000.00_

Real estate in Pennsylvania situated at: _26 Waterloo Avenue, Berwyn 19312_   _Easttown Township_   _Chester_
(Attach additional sheets, if necessary.)   Street address, Post Office and Zip Code   City, Township or Borough   County

☐ **A. Petition for Probate and Grant of Letters Testamentary**

Petitioner(s) aver(s) he/she/they is/are the Executor(s) named in the last Will of the Decedent, dated _____ and Codicil(s)
thereto dated _____

State relevant circumstances (e.g. renunciation, death of executor, etc.)

Except as follows: after the execution of the instrument(s) offered for probate Decedent did not marry, was not divorced, was not a party to a pending divorce proceeding wherein the grounds for divorce had been established as defined in 23 Pa. C.S. § 3323(g), and did not have a child who was or adopted; and Decedent was neither the victim of a killing nor ever adjudicated an incapacitated person.

**FILED**

○ NO EXCEPTIONS  ● EXCEPTIONS _____

AUG 28 2020

Register of Wills
Chester County Pa

☐ **B. Petition for Grant of Letters of Administration** (If applicable) _____
c.t.a., d.b.n., d.b.n.c.t.a., pendente lite, durante absentia, etc.

**If Administration, c.t.a. or d.b.n.c.t.a., enter date of Will in Section A above and complete list of heirs.**

Except as follows: Decedent was not a party to a pending divorce proceeding wherein the grounds for divorce had been established as defined in 23 Pa. C.S. § 3323(g) and was neither the victim of a killing nor ever adjudicated an incapacitated person.

○ NO EXCEPTIONS  ○ EXCEPTIONS _____

Petitioner(s), after a proper search has/have ascertained that Decedent left no Will and was survived by the following spouse (if any) and heirs (attach additional sheets, if necessary):

| Name | Relationship | Address |
|---|---|---|
| Brandton Woodward | Son | Not known. Unable to locate |
| Judith Pandozzi | Sister | 2000 Southport Lane Southport, NC 28461 |
| Diane Saeli | Sister | 58 Llewellyn Lane Royersford, PA 19468 |

Form RW-02  rev. 10/11/2011

Page 1 of 2

Exhibit "A" pg. 1 of 2.

## Oath of Personal Representative

201673

Official Use Only

**FILED**

AUG 28 2020

Register of Wills
Chester County, PA

COMMONWEALTH OF PENNSYLVANIA }
} SS:
COUNTY OF _____ CHESTER _____ }

| Petitioner(s) Printed Name | Petitioner(s) Printed Address |
|---|---|
| Pearl M. Nudy  *Pearl M. nudy* | 269 Old Eagle School Road, Strafford, PA 19087 |
| | |

The Petitioner(s) above-named swear(s) or affirm(s) the statements in the foregoing Petition are true and correct to the best of the knowledge and belief of Petitioner(s) and that, as Personal Representative(s) of the Decedent, the Petitioner(s) will well and truly administer the estate according to law.

Sworn to or affirmed and subscribed before    *Pearl m nudy*    Date 08/28/2020

me this 28th day of _____ 2020    _____ Date _____

By _____    _____ Date _____

*For the Register*

BOND Required: ○ YES ● NO

**FEES:**

| | | |
|---|---|---|
| Letters .................... $ | 375.00 | |
| ( 4 ) Short Certificate(s) ($10 each) | 40.00 | |
| ( 2 ) Renunciation(s)  ($5 each)... | 10.00 | |
| (   ) Codicil(s). ............ | | |
| (   ) Affidavit(s)............. | | |
| Inheritance Tax. ............... | 20.00 | |
| Inventory .................... | 10.00 | |
| Status Report ................. | 15.00 | |
| Certification of Notice .......... | 10.00 | |
| **ESTATE START-UP** ......... | 400.00 | |
| Bond ........................ | | |
| Commission ................... | | |
| *Petition* | 15.00 | |
| ............................. | | |
| Automation Fee. .............. | 10.00 | |
| JCS Fee. .................... | 40.25 | |
| **TOTAL**................. $ | 605.25 | |

**To the Register of Wills:**
Please enter my appearance by my signature below:

Attorney Signature: _____

Printed Name: _____
Supreme Court
ID Number: _____

Firm Name: _____
Address: _____
_____
_____

Phone: _____
Fax: _____
Email: _____

## DECREE OF THE REGISTER

Estate of __Joseph C. Woodward__    File No: _____

a/k/a: _____

AND NOW, _____, _____, in consideration of the foregoing Petition, satisfactory proof having been presented before me, **IT IS DECREED** that Letters _____ are hereby granted to _____ in the above estate and (if applicable) that the instrument(s) dated _____ described in the Petition be admitted to probate and filed of record as the last Will (and Codicil(s)) of Decedent.

_____
Register of Wills

Form RW-02  rev. 10/11/2011    Page 2 of 2

Exhibit "A" pg. 2 of 2.

**AFFIDAVIT**

I, Lee Lawrence declare the following information to be true and accurate to the best of my knowledge, information and belief:

I am an 84-year-old female residing at 119 Hickory Branch Ct., Milford, DE 19963, my cell phone number is (610) ___ ____. My daughter Lori Lane resides at 30 Waterloo Ave., second floor, Berwyn, PA 19312.

I spent July 4th, 5th, and 6th 2020, with my partner Warren Huff at my daughter's residence with her husband, Jack Lane. On the evening of, likely July 6, 2020, I answered a knock on the front door. The visitor announced herself as an agent of a court and requested to speak to the owner, I notified my son in law and he went to the door.

I spent August 2nd, 3rd, and 4th 2020, again with Warren Huff at my daughter's residence and observed who I now know to be Pearl Nudy in and on the residence of 26 Waterloo Ave., Berwyn PA 19312. My daughter identified her to me as the Estate's representative.

I spent September 2nd, 3rd, and 4th 2020, again with Warren Huff at my daughter's residence and was introduced to Pearl Nudy, who with her daughter was getting the house ready to be put up for sale. My daughter invited the Nudy women to come into her house and see the renovations. It was a pleasant visit, Ms. Nudy had grown up across the street and had interesting stories of the neighborhood and even recounted falling down the front steps of my daughter's current apartment, the steps are original and terribly difficult.


_Lee Lawrence_                    09/02/2021

Lee Lawrence                    Date:


Signed before:

State of Delaware
Kent County
The foregoing instrument was signed and sworn
before me this 2 day of Sept. 2021 by
_Lee Lawrence_

Notary Public _Warren L. Huff_
Commission Expires    04/22/2024


Exhibit "B"



.ull T-Mobile 📶     1:29 PM     70% 🔋

**JW**

Jay ›

**Text Message**
Mon, Jul 6, 7:01 PM

Hey I'm the neighbor of Jay at 30 Waterloo. Some women just knocked on my door and she said very salacious things. Can you lmk what I'm supposed to do.

She said she was "Court Appointed".



Text Message

Exhibit "C"

AFFIDAVIT

I, Rebecca Monro declare the following information to be true and accurate to the best of my knowledge, information and belief:

I moved into an apartment at 30 Waterloo Ave. First Floor, Berwyn PA 19312 in June of 2020. The apartment is next door to 26 Waterloo Ave., Berwyn PA 19312. During the month of July 2020, and perhaps into August 2020 I observed who I now know to be Pearl Nudy in or on the premise of 26 Waterloo Ave., Berwyn on multiple occasions. During a brief conversation in the driveway Ms. Nudy informed me she was "appointed executor by the court" to oversee the property, no inquiry was made to me about the possible whereabouts of anyone.

My cell phone number is (612) 644-4135, my e-mail address Monrored@yahoo.com , I still reside at 30 Waterloo Ave., first floor, Berwyn PA. 19312.

Signed before the undersealed Notary _Shuft B falul_

_Rebecca Monro_    9-7-2021

Rebecca Monro

Exhibit "D" pg. 1 of 2.

Clear/Reset

# Acknowledgment by Individual



WELLS FARGO

State of _Pennsylvania_    County of _Chester_

On this _7th_ day of _September_ , 20 _21_ . Before me, _Chirag B Patel_
                                                            Name of Notary Public

the undersigned Notary Public, personally appeared
_Rebecca D. Monro_

Name of Signer(s)

☐ Proved to me on the oath of _____

☐ Personally known to me

☑ Proved to me on the basis of satisfactory evidence _Pennsylvania Driver License_
                                                        (Description of ID)

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged that he/she/they
executed it.

WITNESS my hand and official seal.

Commonwealth of Pennsylvania-Notary Seal
Chirag B Patel, Notary Public
Chester County
My Commission Expires October 27, 2024
Commission Number 1299578

Notary Seal

_(signature)_
(Signature of Notary Public)

My commission expires _10/27/2024_

Optional: *A thumbprint is
only needed if state stat-
utes require a thumbprint.*

Right Thumbprint
of Signer

Top of thumb here

For Bank Purposes Only
Description of Attached Document

Type or Title of Document
_Affidavit_

Document Date _N/A_    Number of Pages _1_

Signer(s) Other Than Named Above _____

Account Number (if applicable) _____



F001-00000DSG5350-01

DSG5350/595575 (Rev 05 - 05/21)

Exhibit "D" pg. 2 of 2.

From: **Laurie Holzapfel** iambongo@yahoo.com 
Subject: Estate sale
Date: August 3, 2022 at 1:06 PM
To: jplanejr@comcast.net



**10:47**

  5G E

  **Norine Hoch**

Trump commercial you'll never see on TV







3:58

**Pearl M.'s Post**

 **Pearl M. Mathews Nudy**
**Berwyn, Pa Neighbors**

I don't know if I'm actually allowed to advertise here for an estate sale happening this week. The sale runs from Thursday, 10 AM to 4 PM. And

Exhibit "E" pg. 1 of 14



from Thursday, 10 AM to 4 PM. And
Friday 10 AM to 4 PM. And Saturday
10 AM to 4 PM. Location: 26 Waterloo
Ave., Berwyn. We will be opening the
POD ~ everything must go. Cash and
carry!

Like       Comment

3:58

Aa

3:58

Pearl M.'s Post

Like          Comment



 **Like**     💬 **Comment**



**3:59**



‹     **Pearl M.'s Post**



👍 **Like**     💬 **Comment**





 Like  Comment

3:59  

# Pearl M.'s Post





 **Like**     **Comment**



**3:58** 

 **Like**     **Comment**

## Pearl M.'s Post





👍 **Like**          💬 **Comment**





3:58

## Pearl M.'s Post

 Like         Comment





👍 **Like**              💬 **Comment**



3:58                                    📶 🔋

‹              **Pearl M.'s Post**

👍 **Like**          💬 **Comment**





👍 **Like**          💬 **Comment**





**3:58**          📶 🔋

 **Pearl M.'s Post**



 **Pearl M. Mathews Nudy** ▷
**Berwyn, Pa Neighbors**

20m · 🖼

I don't know if I'm actually allowed to advertise here for an estate sale happening this week. The sale runs from Thursday, 10 AM to 4 PM. And

**Friday 10 AM to 4 PM. And Saturday 10 AM to 4 PM. Location: 26 Waterloo Ave., Berwyn. We will be opening the POD ~ everything must go. Cash and carry!**

 1

 Like     Comment



**From:** Laurie Holzapfel iambongo@yahoo.com 
**Subject:** Estate sale
**Date:** August 4, 2022 at 11:06 AM
**To:** jplanejr@comcast.net

Just received this pic from my sister

**11:40**

 pearl nudy

**All** Posts People Groups Pho

👍 Like          ↪ Share



**Berwyn, Pa Neighbors**                    ⋯
**Pearl Nudy · Aug 3, 2020 ·** 🖼

# Tomorrow's sale at the house: 26 Waterloo Ave., Berwyn, has been canceled.

👍😢 You and 4 others

👍 Like          💬 Comment          ⊙ Send

 **Pearl Nudy** ▸ **April Jones**          ⋯
**Apr 7, 2020 · 🌐**

**Happy Birthday April - enjoy your special day!**

 **This content isn't available right now**

When this happens, it's usually because the owner only shared it

      

Exhibit "E" pg. 14 of 14

10/24/2020                          Online Banking | Citizens Bank

Online Banking | Citizens Bank

ѵ2

# Check Image

**KEVIN E SAELI**                          3–7615/360                    123
610-831-1468
58 LLEWELLYN LN.
ROYERSFORD, PA  19468-3709          DATE July 25, 2020

PAY TO THE
ORDER OF   Green Mount Cemetery          | $  800.00

eight hundred dollars————————  xx/100  DOLLARS

**Citizens Bank**

MEMO Jay's Funeral              Deane Saeli

Exhibit "F"

FIND A LOCATION        CONTACT US        PRINT        ENGLISH

# Dignity®
MEMORIAL

PLAN A              FIND              SEND              SYMPATHY
FUNERAL          OBITUARIES          FLOWERS            AND
OR               AND                                   GRIEF
CREMATION        SERVICES

IN THE CARE OF

## Alleva Funeral Home, Inc.



### OBITUARY

# Joseph C. Woodward III

## JULY 28, 1946 – JULY 3, 2020

Joseph C. Woodward, lll, age 73, of Berwyn, Pennsylvania passed away on July 3rd, 2020 at the University of Pennsylvania Hospital.

Exhibit "G" pg. 1 of 2.

H e was born in Philadelphia, PA. on July 28, 1946. He was a graduate of Conestoga High School and proudly served in the U.S. Army during the Vietnam War.

Joseph loved telling stories about the great outdoors and his family.

Survivors include: Brandton Woodward, son, grandchildren Rhiannon and Ciaran, sisters Judith Pandozzi (Mark), Diane Saeli (Kevin) and brother Garry Baker (Gloria). Special niece Tracey Flores, numerous nieces and nephews and special friends.

Family and friends are invited to attend his Graveside Memorial service at 10:00 A.M. on Saturday July 25th, 2020 at Green Mount Cemetery, West Chester, PA.

In lieu of flowers memorial contributions may be made in the honor of Joseph C. Woodward, III to: The Veterans Association of Easttown and Tredyffrin Township, 260 Church Road, Devon, PA. 19333-1820.



**SEND FLOWERS**          **ADD A MEMORY**          **SHARE OBITUARY**

Exhibit "G" pg. 2 of 2.

**AFFIDAVIT**

I, Michelle Oreski declare the following information to be true and accurate to the best of my knowledge, information and belief:

I am the birth mother of Brandton Woodward's 16 year old daughter Rhiannon, I reside in Delaware County PA., my cell phone number is (610) 213-3128 my e-mail address is michelleoreski@outlook.com I have never been married to Brandton Woodward, our relationship has been over for years, I have all of Brandton's contact information, cell number, e-mail address, and Maine address, Brandton maintains a relationship with our daughter.

In early July of 2020 I received a phone call from Brandton informing me of the death of his father, Rhiannon's grandfather, Jay Woodward. Brandton further informed me he had been informed by his mother Velma Sassman of his father's death and she would have the phone number of Judith Pandozzi who informed her. I told Brandton I would call his mother and get the funeral details. Brandton asked me, when I contacted Ms. Pandozzi for the funeral details, to please ask her if Rhiannon could have the horse painting done by his maternal grandfather.

Shortly after this conversation with Brandton, I phoned his mother Velma Sassman and received the contact information for Judith Pandozzi.

I contacted Judith Pandozzi shortly after to get the funeral details, my daughter Rhiannon had a relationship she valued with her grandfather. In addition to getting the funeral details I told Ms. Pandozzi on this call, that in a very recent phone conversation with Brandton he asked me to request the horse painting for our daughter Rhiannon who is an equestrian.

I attended the funeral with Rhiannon, and my current partner. The three of us were circled around with Pearl Nudy, Judith Pandozzi and another sister of the decedent. They presented Rhiannon with various trinkets Rhiannon had previously given the decedent over the years to remind her how much her grandfather cherished her relationship with him, it was very thoughtful.

Ms. Nudy, Ms. Pandozzi and the other sister were well aware I was Rhiannon's mother and that Rhiannon is Brandton's daughter, no effort by any of the three was made to inquire into Brandton's whereabouts, there was certainly ample opportunity to do that. Obviously, I was sad for the passing of my daughter's grandfather, but I was not inconsolable or un-approachable by any means.

Signed before the undersealed Notary on 9-8-21

_Michelle Oreski_
Michelle Oreski

Sworn to and subscribed before me
this 8th day of September 2021

Commonwealth of Pennsylvania
County of Delaware

Commonwealth of Pennsylvania - Notary Seal
Mollie Elizabeth McGroarty, Notary Public
Delaware County
My commission expires May 8, 2023
Commission number 1350238
Member, Pennsylvania Association of Notaries

Exhibit "H"



Exhibit "I" pg. 1 of 2.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brandton Woodward
26 Waterloo Ave.
Berwyn PA- 19312

9590 9402 5599 9274 6808 66

2. Article Number (Transfer from service label)

7019 1640 0002 2836 2689

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Exhibit "I" pg. 1 of 2.

201673    FILED

# RENUNCIATION

AUG 28 2020

## REGISTER OF WILLS

Register of Wills
Chester County, PA

Estate of  Joseph C. Woodward III _____, Deceased

The undersigned, ___Judith Pandozzi_____, in the capacity/relationship as
(Name of Corporate Name)

Sister _____ of the above Decedent, hereby renounces the right to administer

the Estate of the Decedent and, to the extent permitted by law pursuant to  20 Pa.C.S. § 3155, respectfully

requests that Letters be issued to  Pearl M. Nudy _____

_____
(Date)

Name of Corporate Fiduciary (if applicable)

_____
Signature of Officer/Representative

_____
Title of Officer/Representative

_____
Address

_____

_____
Telephone

_____
Email

*Executed in Register's Office*

Sworn to or affirmed and subscribed
before me this _29th_ _____ day
of __July__ , _2020_ .

_____
Deputy for Register of Wills

_____
Signature of Person

_2000 Southport Lane_
Address

_Southport, NC    28461_

_910-477-1476_
Telephone

_JPandozzi52@icloud.com_
Email

*Executed out of Register's Office*

Before the undersigned personally appeared the
party executing this Renunciation and certified
that he or she executed the Renunciation for the
purposes stated within on this_____day

of _____

_____
Notary Public

My Commission Expires:
(Signature and Seal of Notary or other official qualified to
administer oaths.  Show date of expiration of Notary's Commission.)

Form RW-06  eff. 09.01.16

Exhibit "J" pg. 1 of 2.

201673

# RENUNCIATION

## REGISTER OF WILLS

FILED

AUG 28 2020

Register of Wills
Chester County, PA

Estate of  Joseph C. Woodward III _____ , Deceased

The undersigned, _____Diane Saeli_____ , in the capacity/relationship as
                    *(Name or Corporate Name)*

Sister _____ of the above Decedent, hereby renounces the right to administer

the Estate of the Decedent and, to the extent permitted by law pursuant to 20 Pa.C.S. § 3155, respectfully

requests that Letters be issued to  Pearl M. Nudy _____ .

7|29|20
*(Date)*

Name of Corporate Fiduciary (if applicable)

_____
Signature of Officer/Representative

_____
Title of Officer/Representative

_____
Address

_____
Telephone

_____
Email

_____
Signature of Person

58 Llewellyn Lane
Address

Royersford, PA 19468

610-639-8049
Telephone

diane saeli@yahoo.com
Email

***Executed in Register's Office***

Sworn to or affirmed and subscribed
before me this _____ day
of _____ 2020 .

***Executed out of Register's Office***

Before the undersigned personally appeared the
party executing this Renunciation and certified
that he or she executed the Renunciation for the
purposes stated within on this_____day
of _____ , _____ .

_____
Deputy for Register of Wills

_____
Notary Public

My Commission Expires: _____
(Signature and Seal of Notary or other official qualified to
administer oaths. Show date of expiration of Notary's Commission.)

*Form RW-06  eff. 09.01.16*

Exhibit "J" pg. 2 of 2.

REV-1513 EX+ (02-15)

 **pennsylvania**
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

## SCHEDULE J
### BENEFICIARIES

**FILE NUMBER:**

**ESTATE OF:**

JOSEPH C. WOODWARD, III

15-20-1673

| NUMBER | NAME AND ADDRESS OF PERSON(S) RECEIVING PROPERTY | RELATIONSHIP TO DECEDENT Do Not List Trustee(s) | AMOUNT OR SHARE OF ESTATE |
|---|---|---|---|
| I | TAXABLE DISTRIBUTIONS [Include outright spousal distributions and transfers under Sec. 9116 (a) (1.2).] | | |
| 1. | Judith Pandozzi | Sister | 50% |
| | 2000 Southport Lane, Southport, NC  28461 | | |
| 2. | Diane Saeli | Sister | 50% |
| | 58 Llewellyn Lane, Royersford, PA  19468 | | |

ENTER DOLLAR AMOUNTS FOR DISTRIBUTIONS SHOWN ABOVE ON LINES 15 THROUGH 18 OF REV-1500 COVER SHEET, AS APPROPRIATE.

| II | NON-TAXABLE DISTRIBUTIONS | | |
|---|---|---|---|
| | A.  SPOUSAL DISTRIBUTIONS UNDER SECTION 9113 FOR WHICH AN ELECTION TO TAX IS NOT TAKEN: | | |
| 1. | N O N E | | |
| | B.  CHARITABLE AND GOVERNMENTAL DISTRIBUTIONS: | | |
| 1. | N O N E | | |

**TOTAL OF PART II** – ENTER TOTAL NON-TAXABLE DISTRIBUTIONS ON LINE 13 OF REV-1500 COVER SHEET. | $

*If more space is needed, use additional sheets of paper of the same size.*

Exhibit "K"

𝒞

## Register of wills of Chester County, Pennsylvania

No. 1520-1673

ESTATE OF JOSEPH C. WOODWARD, DECEASED

**FILED**

SEP 10 2020

Register of Wills
Chester County, PA

### AFFIDAVIT

I, Pearl Nudy, have made every effort to locate the only child of Mr. Joseph C. Woodward, named Brandon Woodward.

I have attempted interviews with the neighbors at the last known address of Mr. Brandon Woodward: 26 Waterloo Avenue, Berwyn, PA 19312. No one has met him or knows of his whereabouts. Neighbors have asked to remain anonymous.

I have done a reasonable search of online resources. Mr. B. Woodward does not have a presence. I could not find a driver's license in his name issued in Pennsylvania or any surrounding states.

I have spoken at length to the 2 sisters of the decedent: Judy Pandozzi and Diane Saell. Both have completed and submitted renunciation forms to the Office of the Registrar. Neither of the sisters has any knowledge of the whereabouts of Mr. Brandon Woodward. Both sisters have indicated that he might be dead since he has had no contact with his father, the decedent, in at least 15 years.

I have personally had conversations with the decedent prior to his death at which time he stated that he did not know of the whereabouts of his son. To that which I was told and my own personal knowledge, Brandon Woodward has been gone for about 15 years.

Attached herewith is postal proof that I have reached out to Mr. Brandon Woodward. It has been nearly 5 weeks since I began the process of attempting to locate Mr. Brandon Woodward. Twice I sent Certified Mail with Return Receipt requested. Neither time did he respond.

Despite every effort, Mr. Brandon Woodward has not been and, I believe, cannot be located.

Respectfully Submitted,

*Pearl M. Nudy*

Pearl M. Nudy

*Ma Eoll*

Commonwealth of Pennsylvania - Notary Seal
MARILYN I ECHEVARRIA - Notary Public
Chester County
My Commission Expires May 2, 2023
Commission Number 1044357

Exhibit "L"

**From:** Colleen Flannigan beerchef131@gmail.com
**Subject:** Fwd: Fw: WOW - Have you seen the new Hess Toy Truck yet?!
**Date:** January 6, 2022 at 6:31 PM
**To:** John Lane jplanejr@comcast.net

---------- Forwarded message ----------
**From:** T Mastricolo <ndeuce@gmail.com>
**Date:** Thu, Jan 6, 2022, 5:58 PM
**Subject:** Fwd: Fw: WOW - Have you seen the new Hess Toy Truck yet?!
**To:** Brandton Woodward <beerchef131@gmail.com>

---------- Forwarded message ----------
**From:** T Mastricolo <ndeuce@gmail.com>
**Date:** Sun, Nov 17, 2019 at 10:02 AM
**Subject:** Re: Fw: WOW - Have you seen the new Hess Toy Truck yet?!
**To:** JC Woodward <jcwoodwardlll@msn.com>

First of all- the new remote control car is a HUGE hit!! He loves it so much!

He still plays with these Hess trucks
I think it's cool to have that tradition from you

We will be in PA January 9-15
Definitely would love a visit
T

On Sun, Nov 17, 2019 at 9:58 AM JC Woodward <jcwoodwardlll@msn.com> wrote:

Have to ask. Do you feel Ciaran would want the latest
version? His Dad had them and he played with them till
he was around 40 (just kidding). Hard to buy presents when
you aren't sure if there appropriate.
Please let me know. Thanks

To view this email as a web page, go here.



OUR FLEET        HESSTORY        NEWS



Exhibit "M"

From: **John Lane** jplanejr@comcast.net  🖉
Subject:
Date: March 2, 2024 at 8:29 PM
To: John Lane jplanejr@comcast.net



## AFFIDAVIT

I, Theresa Mastricolo, declare the following information to be true and accurate to the best of my knowledge, information, and belief.

I am the birth mother of Brandton Woodward's son Ciaran, born August 31, 2012. I reside at 7 Cross St, Camden, Maine, my e-mail address is nfeuesd@gmail.com my phone number is 252-305-3851.

During the week of January 9-15, 2019, Ciaran and I made our annual holiday visit to Ciaran's granddad Joseph C. Woodward, who is now deceased. I also have other family in the area to visit.

During this visit Joseph and I spoke about Brandton. Joseph was pleased that things were going well for Brandton and seemed to be doing fine.

As was normal, Joseph showed Ciaran and I the family pocketknife handed down from father to son for generations, a highlight of the visit for Ciaran.

Prior to our split about two years ago Brandton, Ciaran and I made several visits to Joseph's together at least three I can recall. He loved taking us down the street to his favorite lunch restaurant.

Joseph and I maintained a relationship since Ciaran's birth via e-mail exchanges and occasional phone calls, Joseph liked to speak to Ciaran. Joseph was constantly sending little gifts which triggered thank you calls from Ciaran to granddad. Every Christmas, Joseph made sure to send a Hess truck to Ciaran, a gesture I continue every year.

The last e-mail we received was May 20, 2020, just to let me know he had sent a book to be on the lookout for.

My son Ciaran loved his granddad very much, as his granddad could not have been any more loving toward him, it was very saddening for Ciaran when he passed.

Signed before the undersealed Notary on <u>Feb 19, 2022</u>

*Theresa Mastricolo*

Theresa Mastricolo

Exhibit "N"

201673

REGISTER OF WILLS OF CHESTER COUNTY, PENNSYLVANIA

**FILED**

AUG 28 2020

Register of Wills
Chester County, PA

No. *1520-1673*

ESTATE OF JOSEPH C. WOODWARD, DECEASED

PETITION FOR CITATION TO SHOW CAUSE WHY PETITIONER OR HER
NOMINEE SHOULD NOT BE APPOINTED ADMINISTRATOR

The petition of Pearl M. Nudy respectfully states that:
1. Joseph C. Woodward died intestate on July 3, 2020, a resident of Berwyn,
Easttown Township, Pennsylvania.
2. Decedent was survived by Brandon Woodward, his only child, and no other
heirs.
3. Decedent is survived by two sisters, and Renunciations of each attached as
Exhibit A.
3. Decedent owned personal property and real estate at the time of his death which
petitioner is informed has a value in excess of $100,000.
5. Brandon Woodward, son of Joseph C. Woodward, Deceased, has not taken out
letters of administration on the estate; although efforts have been made to notify
him of the death of his father, Joseph C. Woodward.

Wherefore, petitioner respectfully requests that a citation be awarded, directed to
the said Brandon Woodward, son of Joseph C. Woodward, Deceased, to show
cause why petitioner or petitioner's nominee should not be granted letters of
administration.

*Pearl M. Nudy*

August 18, 2020

Ms. Pearl M. Nudy
269 Old Eagle School Road
Strafford, PA 19087

Exhibit "O"

BEFORE THE REGISTER OF WILLS
COUNTY OF CHESTER
COMMONWEALTH OF PENNSYLVANIA

---

IN THE MATTER OF: ESTATE OF JOSEPH C. WOODWARD, DECEASED

FILE NUMBER: 1520-1673

IN RE: PETITION FOR CITATION TO SHOW CAUSE WHY PETITIONER OR HER NOMINEE SHOULD NOT BE APPOINTED ADMINISTRATOR

# CITATION

TO: BRANDON WOODWARD

## GREETINGS:

WHEREAS a petition has been filed as above captioned, a copy whereof is hereto attached.

AND WHEREAS on said petition a citation has been awarded.

NOW THEREFORE WE DIRECT YOU, that, laying aside all business and excuses, whatsoever, you file a complete answer under oath to the averments of said petition on or before

### the 21st day of SEPTEMBER, 2020

WITNESS the Honorable Michele Vaughn, Register of Wills and the seal of this office, in and for the County of Chester, West Chester, Pennsylvania, this 31st day of AUGUST, 2020.



Deputy for the Register of Wills, Chester County, Pennsylvania

**COPY**

Exhibit "P"

8

## 21ST CENTURY media  MediaNews Group

PHILADELPHIA GROUP

**AFFIDAVIT OF PUBLICATION**
307 Derstine Avenue • Lansdale, PA 19446

PEARL NUDY
P.O. Box 100
BERWYN, PA 19312
Attention:

STATE OF PENNSYLVANIA,
COUNTY OF MONTGOMERY

The undersigned _Sharon Dib_, being duly sworn that he/she is the principal clerk of Daily Local News, Daily Local News Digital, published in the English language for the dissemination of local and transmitted news and intelligence of a general character, which are duly qualified newspapers, and the annexed hereto is a copy of certain order, notice, publication or advertisement of:

PEARL NUDY

Published in the following edition(s):

| Daily Local News | 09/13/20 |
| Daily Local News | 09/20/20 |
| Daily Local News | 09/27/20 |
| Daily Local News Digital | 09/13/20 |
| Daily Local News Digital | 09/20/20 |
| Daily Local News Digital | 09/27/20 |

ESTATE NOTICE
Estate of Joseph Clavius Woodward, deceased. Late of Berwyn, Easttown Township, Chester County, Pennsylvania.
Letters Testamentary or of Administration on the above Estate having been granted to the undersigned. All persons indebted to said Estate are requested to make immediate payment and those having legal claims, to present the same without delay to:
Ms. Pearl M. Nudy, Administrator
P.O. Box 100,
Berwyn, PA 19312
DL-Sep 13, 20, 27-1a

Sworn to the subscribed before me this _9/29/2020_.

_Maureen Schmid_

Notary Public, State of Pennsylvania
Acting in County of Montgomery

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MAUREEN SCHMID, Notary Public
Lansdale Boro., Montgomery County
My Commission Expires March 31, 2021

**Advertisement Information**

| Client Id: | 936644 | Ad Id: | 2062874 | PO: | | Sales Person: | 093301 |

Exhibit "Q"



Exhibit "R"



www.HRMML.com
lawyers@HRMML.com

J. Edmund Mullin
Steven H. Lupin
Douglas I Zeiders
Carl N. Weiner
Merle R. Ochrach
Mark F. Himsworth
Steven A. Hann
Steven B. Barrett
Christen G. Pionzio
Ethan R. O'Shea
Bernadette A. Kearney
Paul G. Mullin
John J. Iannozzi
William G. Roark
Lisa A. Shearman, LL.M.
Nathan M. Murawsky
Kathleen A. Maloles
Steven J. English
Noah Marlier
Danielle M. Yacono
Kevin M. McGrath
John F. McCaul
Gabriella T. Lacitignola
Annie L. Neamand
Zachary R. Morano
Franqui-Ann Raffaele
Gaetano J. DiPersia
J. Braun Taylor

OF COUNSEL:
Jonathan Samel, LL.M
John C. Rafferty, Jr

**LANSDALE**
ACTS Center — Blue Bell
375 Morris Road
Post Office Box 1479
Lansdale, PA 19446-0773
Phone 215-661-0400
Fax 215-661-0315

**HARRISBURG**
Phone 717-943-1790
Fax 717-943-1792

32142-0000

March 22, 2023

VIA US Mail and E-Mail (jplanejr@comcast.net)

John Lane, Esq.
30 Waterloo Ave.
Berwyn, PA 19312

    **Re:   Estate of Joseph Woodward, deceased**

Dear Mr. Lane:

      In accordance with the Register Decree of August 11, 2021, and in an effort to settle all outstanding litigation between Pearl Nudy, The Estate of Joseph Woodward, and Brandon Woodward, enclosed please find all documentation presently in Ms. Nudy's possession related to the Estate. To that end, please find the following:

**Probate Documents**
1. Death Certificate for Joseph Woodward
2. Estate Information Sheet
3. Short Certificate
4. Estate 10.5 Notices
5. Proofs of Publication
6. Affidavit of Pearl Nudy regarding locating beneficiary
7. Register Order appointing Arlene Walsh

**Tax Documentation**
1. REV-1500 PA Inheritance Tax Return as filed by Pearl Nudy
2. EIN Letter issued by IRS

**Financial and Asset Information**
1. Malvern Bank Estate Account Statements for the period of 10/30/20 to 1/31/22
2. Checkbook ledger of Pearl Nudy
3. Rent Check information
4. Rent Deposit information
5. Check detail for check #107,108,114,126,128 & 135
6. 2017 Ford Transit Van copy of proceeds check dated 10/9/20 in the amount of $6,350.76

{03533097;v1 }

Exhibit "S" pg. 1 of 85.

Page 2
March 22, 2023

*2*

7. Deposit Ticket and copy of check for sale of 2002 Harley Davidson, 1997 Truck, Pocket watches and lighter
8. Deposit detail of deposits to estate account made October 2020
9. Personal Property Sold October 2020 detail
10. Guns sold detail

In an effort to prevent further litigation and waste of estate funds, please advise within twenty (20) days as to whether or not Mr. Woodward has any questions and/or objections to the enclosed documentation. In such a case, Ms. Nudy shall endeavor to produce whatever information at her disposal to address any such concerns. Once all questions and/or objections have been adjudicated, we will circulate the appropriate releases and all outstanding matters between Ms. Nudy, Mr. Woodward, and the Estate shall be settled.

If Ms. Nudy does not receive acknowledgment of this correspondence within twenty (20) days, it shall be assumed that Mr. Woodward has waived all objections to any action taken by Ms. Nudy during her tenure as Administratrix of the Estate and she shall take no further action.

Thank you for your prompt attention to this matter. Please do not hesitate to contact me with any questions or concerns.

HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN


By: _____
       JOHN MCCAUL

Dated: <u>March 21, 2023</u>

Enclosures

{03533097;v1 }

3

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

This is to certify that the information here given correctly copied from an original Certificate of De[ath] duly filed with me as Local Registrar. The origi[nal] certificate will be forwarded to the State Vi[tal] Records Office for permanent filing.

COMMONWEALTH OF PENNSYLVANIA — DEPARTMENT OF HEALTH (seal)

P 27427563

Certification Number

Maryanne Atterton (signature)

Local Registrar JUL 21 2020 Date Issued

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS

## CERTIFICATE OF DEATH

370341-2020

Joseph Olivius Woodward III — Male — 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 — July 03, 2020

73 — July 20, 1946 — Philadelphia, Pennsylvania

Pennsylvania — Chester — 20 Watering Ave — 19312 — Easttown Township

Joseph C. Woodward Jr — Marjorie Belpie

Judith Fundorzi — Sister — 2000 Southport Lane Southport, NC 28461

Hospital of the Univ. of Pennsylvania — Philadelphia, Pennsylvania 19104 — Philadelphia

July 25, 2020 — Green Mount Cemetery Association

West Chester, Pennsylvania — Kenneth Dapanfantonne Jr (Electronically Signed) — FD190000

Alloway Funeral Home Inc

1724 E Lansdale Avenue Park, Pennsylvania 19301

Sales Executive — Advertising

July 03, 2020 — 20:40 — MD488814

### CAUSE OF DEATH

Immediate cause: a. Leukemia; Acute Myeloid Leukemia — 1 day

Signature of certifier: Jason Tobin (Signature on File) — Time of certifier: MD — License Number: MD488814

Jason Tobin — 3400 Spruce Street Philadelphia, Pennsylvania 19104 — July 09, 2020

15-164 — Maryanne Atterton (Signature on File) — July 13, 2020

Disposition Permit No. E245250

4

IN THE COURT OF COMMON PLEAS
CHESTER COUNTY, PENNSYLVANIA
ORPHANS' COURT DIVISION

ESTATE OF JOSEPH C. WOODWARD, III, D'ed.    :    File No.: 1520-1673

### ORDER

AND NOW, this _11th_ day of _August_____, 2021. upon consideration of

the Petition for Removal of Administrator, and the response thereto and evidence presented at

the Hearing on July 30, 2021, it is hereby ORDER and DECREED as follows:

1.    The resignation of Pearl M. Nudy as Administrator for the Estate of Joseph C.

Woodward, III, shall be accepted and final upon Ms. Nudy releasing all funds, records and

property of the estate to her successor;

2.    Arlene Walsh is hereby appointed as successor Administrator to Pearl M. Nudy.

and Ms. Walsh may serve without bond; and

3.    The Petition of Brandton Woodward is dismissed, with prejudice.

So Ordered:

Michele Vaughn
Register of Wills/Clerk of Orphans' Court

FILED

AUG 1 1 2021

Register of Wills
Chester County, PA

5

## SHORT CERTIFICATE

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF CHESTER

File Number: 1520-1673

I, MICHELE VAUGHN, Register of Wills, in and for the County of Chester in the Commonwealth of Pennsylvania, do hereby certify that on the 23rd day of September, 2020

LETTERS OF ADMINISTRATION
on the Estate of:                                      were granted to:
    JOSEPH C. WOODWARD, Deceased        PEARL M. NUDY
    aka JOSEPH C. WOODWARD III

having first been qualified well and truly to administer the same. I further certify that no revocation of said Letters appears of record in my office.

Date of Death: 07/03/2020                   Given under my hand and seal of office this
Soc. Sec. No.: 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                            30th day of October, 2020

_Deputy for the Register of Wills_

NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL

6

## IMPORTANT NOTICE

### NOTICE OF ESTATE ADMINISTRATION
### PURSUANT TO Pa. O.C. Rule 10.5

#### THIS NOTICE DOES NOT MEAN THAT YOU WILL RECEIVE ANY
#### MONEY OR PROPERTY FROM THIS ESTATE OR OTHERWISE

*Whether you will receive any money or property will be determined wholly or partly by the decedent's will. If the decedent died without a will, whether you will receive any money or property will be determined by the intestacy laws of Pennsylvania.*

BEFORE THE REGISTER OF WILLS,

CHESTER COUNTY, PENNSYLVANIA

IN RE: ESTATE OF _Joseph C. Woodward_ , Deceased

File Number _1520 - 1673_

TO: _Brenda Woodward_ _____ (Beneficiary)
_26 Waterloo Ave. Berwyn Pa. 19312_ (Address)

Please take notice of the death of the Decedent and the grant of Letters to the personal representative(s) named below. The Decedent died on _July 1, 2020_ , a resident of _Berwyn, Pa._

The Decedent died: _____ ☐ testate (with a Will) or ☑ intestate (without a Will)

You may have a beneficial interest in the estate as follows:

_Son of decedent_ _____

(If additional space is needed, use separate sheet)

The name(s), address(es) and telephone number(s) of all personal representatives appointed are:

| NAME | ADDRESS | TELEPHONE |
|------|---------|-----------|
| Pearl m. Nydy | P.O. Box 100 Berwyn PA 19312 | 610 908-5854 |

If the Decedent died testate, the Will has been filed with the Office of the Register of Wills of

If the Decedent died intestate, a Petition for the Grant of Letters of Administration was filed with the Office of the Register of Wills of _Chester Co._

The Register's address is _201 W. market St. Ste 2200 West Chester Pa. 19380_ and telephone number is _610-344-6218 - press 3_

A copy of the Will or Petition may be obtained by contacting the Register of Wills and paying the charges for duplication.

Date _____    Capacity: ☑ Personal Representative  ☐ Counsel

Corporate Fiduciary (if applicable)

_____

Name of Corporate Fiduciary

_____

Name of Representative and Title

_____

Address

_____

Telephone

_____

Fax

_Pearl m. Nydy_
Name of Person

_P.O. Box 100_
Address

_Berwyn Pa. 19312_

_610-908-5854_
Telephone

_Pearlnudy.re Comcast.net_
Email

_Pearl m. Nydy_
Signature of Person

7

## Register of wills of Chester County, Pennsylvania

No. 1520-1673

## ESTATE OF JOSEPH C. WOODWARD, DECEASED

### AFFIDAVIT

I, Pearl Nudy, have made every effort to locate the only child of Mr. Joseph C. Woodward, named Brandon Woodward.

I have attempted interviews with the neighbors at the last known address of Mr. Brandon Woodward: 26 Waterloo Avenue, Berwyn, PA 19312. No one has met him or knows of his whereabouts. Neighbors have asked to remain anonymous.

I have done a reasonable search of online resources. Mr. B. Woodward does not have a presence. I could not find a driver's license in his name issued in Pennsylvania or any surrounding states.

I have spoken at length to the 2 sisters of the decedent: Judy Pandozzi and Diane Saeli. Both have completed and submitted renunciation forms to the Office of the Registrar. Neither of the sisters has any knowledge of the whereabouts of Mr. Brandon Woodward. Both sisters have indicated that he might be dead since he has had no contact with his father, the decedent, in at least 15 years.

I have personally had conversations with the decedent prior to his death at which time he stated that he did not know of the whereabouts of his son. To that which I was told and my own personal knowledge, Brandon Woodward has been gone for about 15 years.

Attached herewith is postal proof that I have reached out to Mr. Brandon Woodward. It has been nearly 5 weeks since I began the process of attempting to locate Mr. Brandon Woodward. Twice I sent Certified Mail with Return Receipt requested. Neither time did he respond.

Despite every effort, Mr. Brandon Woodward has not been and, I believe, cannot be located.

Respectfully Submitted,

Pearl M. Nudy

Commonwealth of Pennsylvania - Notary Seal
MARILYN I ECHEVARRIA, Notary Public
Chester County
My Commission Expires May 2, 2023
Commission Number 1044357

8

 

PHILADELPHIA GROUP

### AFFIDAVIT OF PUBLICATION
307 Derstine Avenue • Lansdale, PA 19446

PEARL NUDY
P.O. Box 100
BERWYN, PA 19312
Attention:

STATE OF PENNSYLVANIA,
COUNTY OF MONTGOMERY

The undersigned _Shawn Dutt_, being duly sworn the he/she is the principal clerk of Daily Local News, Daily Local News Digital, published in the English language for the dissemination of local or transmitted news and intelligence of a general character, which are duly qualified newspapers, and the annexed hereto is a copy of certain order, notice, publication or advertisement of:

**PEARL NUDY**

### Published in the following edition(s):

| | |
|---|---|
| Daily Local News | 09/13/20 |
| Daily Local News | 09/20/20 |
| Daily Local News | 09/27/20 |
| Daily Local News Digital | 09/13/20 |
| Daily Local News Digital | 09/20/20 |
| Daily Local News Digital | 09/27/20 |

**ESTATE NOTICE**
Estate of Joseph Clavius Woodward, deceased. Late of Berwyn, Easttown Township, Chester County, Pennsylvania. Letters Testamentary or of Administration on the above Estate having been granted to the undersigned. All persons indebted to said Estate are requested to make immediate payment and those having legal claims, to present the same without delay to: Ms. Pearl M. Nudy, Administrator P.O. Box 100, Berwyn, PA 19312 DL-Sep 13, 20, 27-1a

Sworn to the subscribed before me this _9/29/2020_.

_____
Notary Public, State of Pennsylvania
Acting in County of Montgomery

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MAUREEN SCHMID, Notary Public
Lansdale Boro., Montgomery County
My Commission Expires March 31, 2021

**Advertisement Information**

| | | | | | |
|---|---|---|---|---|---|
| Client Id: | 936644 | Ad Id: | 2062874 | PO: | Sales Person: 093301 |

3460019101

9

**pennsylvania**
Department of Revenue    (EX) MOD 03-10

**REV-346**
BUREAU OF INDIVIDUAL TAXES
PO BOX 280601
HARRISBURG PA 17128-0001

**ESTATE INFORMATION
SHEET**

FOR REGISTER'S OFFICE USE ONLY

| County Code | Year | File Number |
|---|---|---|
| 15 | 20 | 1673 |

---

**SECTION I    DECEDENT INFORMATION**

Enter data as it will appear on all documents submitted to the Department.

Decedent's Social Security Number    Date of Death    Date of Birth

1 - 3 - 5 0 0    0 7 0 3 2 0 2 0    0 7 2 8 1 9 4 6

| Last Name | | First Name | MI |
|---|---|---|---|
| Woodward | III | Joseph | C |

**SECTION II    TYPE FILING**

Fill in oval to indicate the nature of the return to be filed with the Department.

◼ Probate Return    ○ Joint Assets Only    ○ Non probate Assets Only    ○ Litigation Purposes (no other assets)

**SECTION III    LETTERS GRANTED**

Fill in oval to indicate the nature of the proceedings at the Register of Wills Office. (Attach additional sheets if explanation is necessary.)

○ Testamentary    ◼ Administration    ○ No Letters    ○ Other (Please Explain )

**SECTION IV    ATTORNEY/CORRESPONDENT INFORMATION**

Enter all information for the attorney or individual to receive tax information and correspondence.

Last Name    Suffix    First Name    MI

Supreme Court I.D. #    Telephone Number    Attorney/Correspondent's e-mail address:

First Line of Address

Second Line of Address    AUG 28 2020

City or Post Office    .    State    ZIP Code    Chester County, PA

**SECTION V    PERSONAL REPRESENTATIVE INFORMATION**

Enter all information for the personal representative(s) of the estate authorized by the Register of Wills.

Executor/Administrator Last Name    Suffix    First Name    MI

Nudy    Pearl    M

First Line of Address

P. O. Box 100

Second Line of Address

| OFFICIAL USE ONLY |
|---|
| TRANSACTION COUNT |

City or Post Office    State    ZIP Code

Berwyn    PA    19312

Telephone Number

610 908 5654    Indicate additional personal representatives on reverse side.

SIDE 1

3460019101

3460019101

10    ☐ Reset

# PETITION FOR GRANT OF LETTERS

REGISTER OF WILLS OF _____ CHESTER _____ COUNTY, PENNSYLVANIA

Petitioner(s) named below, who is/are 18 years of age or older, apply(ies) for Letters as specified below, and in support thereof aver(s) the following and respectfully request(s) the grant of Letters in the appropriate form:

## Decedent's Information

Name: _Joseph C. Woodward_  
a/k/a: _Joseph C Woodward III_  
a/k/a: _____  
a/k/a: _____  
Date of Death: _July 3, 2022_

File No.: _15-20-1673_  
(Assigned by Register)

Social Security No: _1__-__-4500_  
Age at death: _73_

Decedent was domiciled at death in _Chester_ County, _PA_ _____ (State) with his/her last  
principal residence at _26 Waterloo Avenue Berwyn 19312_  _Easttown Township_  _Chester_  
　Street address, Post Office and Zip Code　　　City, Township or Borough　　County

Decedent died at _Univ. of PA. Hospital_ _____ _Philadelphia_ _____ _PA_  
　Street address, Post Office and Zip Code　　City, Township or Borough　　County　　State

Estimate of value of decedent's property at death:

| | | |
|---|---|---|
| If domiciled in Pennsylvania......................... All personal property | $ | _30,000._ |
| If not domiciled in Pennsylvania.......... ............ Personal property in Pennsylvania | $ | |
| If not domiciled in Pennsylvania......................... Personal property in County | $ | |
| Value of real estate in Pennsylvania............................. | $ | _350,000._ |
| | **TOTAL ESTIMATED VALUE** ... $ | _370,000.00_ |

Real estate in Pennsylvania situated at: _26 Waterloo Avenue, Berwyn 19312_ _____ _Easttown Township_ _Chester_  
_(Attach additional sheets, if necessary.)_ Street address, Post Office and Zip Code　　City, Township or Borough　　County

☐ **A.  Petition for Probate and Grant of Letters Testamentary**

Petitioner(s) aver(s) be/she/they is/are the Executor(s) named in the last Will of the Decedent, dated _____ and Codicil(s) thereto dated _____

_____State relevant circumstances (e.g. renunciation, death of executor, etc.)_

Except as follows:  after the execution of the instrument(s) offered for probate Decedent did not marry, was not divorced, was not a party to a pending divorce proceeding wherein the grounds for divorce had been established as defined in 23 Pa. C.S. § 3323(g), and did not have a child born or adopted; and Decedent was neither the victim of a killing nor ever adjudicated an incapacitated person.

○ NO EXCEPTIONS  ○ EXCEPTIONS _____

☐ **B.  Petition for Grant of Letters of Administration** (If applicable) _____  
c.t.a., d.b.n., d.b.n.c.t.a., pendente lite, durante absentia, durante minoritate

**If Administration, c.t.a. or d.b.n.c.t.a., enter date of Will in Section A above and complete list of heirs.**

Except as follows:  Decedent was not a party to a pending divorce proceeding wherein the grounds for divorce had been established as defined in 23 Pa. C.S. § 3323(g) and was neither the victim of a killing nor ever adjudicated an incapacitated person.

○ NO EXCEPTIONS  ○ EXCEPTIONS _____

Petitioner(s), after a proper search has/have ascertained that Decedent left no Will and was survived by the following spouse (if any) and heirs (attach additional sheets, if necessary):

| Name | Relationship | Address |
|---|---|---|
| Brandton Woodward | Son | Not known. Unable to locate |
| Judith Pandozzi | Sister | 2000 Southport Lane Southport, NC 28461 |
| Diane Saoli | Sister | 58 Llewellyn Lane Royersford, PA 19468 |

Form RW-02  rev 10/1/2011

Page 1 of 2

## Oath of Personal Representative

COMMONWEALTH OF PENNSYLVANIA }
} SS:
COUNTY OF ___CHESTER___ }

Official Use Only
~~FILED~~
AUG 28 2020
Register of Wills
Chester County, PA

| Petitioner(s) Printed Name | Petitioner(s) Printed Address |
|---|---|
| Pearl N. Nudy | 269 Old Eagle School Road, Strafford, PA  19087 |
| _Pearl M. Nudy_ |  |
|  |  |

The Petitioner(s) above-named swear(s) or affirm(s) the statements in the foregoing Petition are true and correct to the best of the knowledge and belief of Petitioner(s) and that, as Personal Representative(s) of the Decedent, the Petitioner(s) will well and truly administer the estate according to law.

Sworn to or affirmed and subscribed before
me this _28_ day of _August 2020_        _Pearl M. Nudy_         Date _08/28/2020_
By: _Diane M. Custoston_                          Date _____
   *For the Register*                             Date _____
                                                  Date _____

BOND Required: ○ YES   ○ NO
FEES:

| | |
|---|---|
| Letters . . . . . . . . . . . . . . . . . . . . $ | 375.00 |
| ( 4 ) Short Certificate(s) ($10 each) . . . | 40.00 |
| ( 2 ) Renunciation(s)  ($5 each). . . | 10.00 |
| ( ) Codicil(s). . . . . . . . . | |
| ( ) Affidavit(s). . . . . . . . . | |
| Inheritance Tax. . . . . . . . . . . . . . . | 20.00 |
| Inventory . . . . . . . . . . . . | 10.00 |
| Status Report . . . . . . . | 15.00 |
| Certification of Notice . . . . . . . | 10.00 |
| ESTATE START-UP . . . . . . . . . . . | 480.00 |
| Bond . . . . . . . . . . . . . . . . . . | |
| Commission. . . . . . . . . . | |
| _Petition_ . . . . . . . | 75.00 |
| . . . . . . . . . . . . | |
| . . . . . . . . . . . . | |
| Automation Fee. . . . . . . . . . . . . | 10.00 |
| JCS Fee. . . . . . . . . . . . . . . . . | 40.25 |
| TOTAL. . . . . . . . . . . . . . . . . . $ | 605.25 |

To the Register of Wills:
Please enter my appearance by my signature below:

Attorney Signature:

Printed Name:
Supreme Court
ID Number:

Firm Name:
Address:

Phone:
Fax:
Email:

## DECREE OF THE REGISTER

Estate of ___Joseph C. Woodward___        File No: _____
a/k/a: _____

AND NOW, _____, _____, in consideration of the foregoing Petition,
satisfactory proof having been presented before me, **IT IS DECREED** that Letters _____
_____ are hereby granted to _____
_____ in the above estate and (if applicable) that
the instrument(s) dated _____
described in the Petition be admitted to probate and filed of record as the last Will (and Codicil(s)) of Decedent.

_____
Register of Wills

12

1505619105

**℞ pennsylvania**
DEPARTMENT OF REVENUE    (DT) MOD 03-19 (TT)

# REV-1500

### INHERITANCE TAX RETURN
### RESIDENT DECEDENT

OFFICIAL USE ONLY
County Code  Year    File Number

**ENTER DECEDENT INFORMATION BELOW**

| Social Security Number | Date of Death MMDDYYYY | Date of Birth MMDDYYYY |
|---|---|---|
| 17─ ─ ─ | 07/03/2020 | 07/28/1946 |

| Decedent's Last Name | Suffix | Decedent's First Name | MI |
|---|---|---|---|
| WOODWARD | III | JOSEPH | C |

(If Applicable) Enter Surviving Spouse's Information Below

| Spouse's Last Name | Spouse's First Name | MI | Last Four Digits of Spouse's SSN |
|---|---|---|---|
| | | | |

### THIS RETURN MUST BE FILED IN DUPLICATE WITH THE
### REGISTER OF WILLS

**TYPE OF RETURN (only select one)**

● Original Estate Return

Supplemental Estate Return
(Only include items not previously reported)

Individual-Transferee Return
(Individual reporting non probate assets separate from the estate; Schedule F and G assets only)

Remainder Return
(Date of death prior to 12/13/1982)

**FILL IN ALL OVALS THAT APPLY**

1. Decedent Died Testate
(Attach copy of Will)

2. Spouse is Sole Beneficiary
(With no Trust involved)

3. Litigation Proceeds Received

4. Federal Estate Tax Return Required

5. Agricultural Exemption
(Date of death after 6/30/2012)

6. Family-Owned Business Exemption
(Date of death after 6/30/2013)

7. Business Assets

8. Decedent Maintained Living Trust
(Attach copy of Trust)

9. Future Interest Compromise
(Date of death after 12/12/1982)

10. Deferral/Election of Spousal Trust

11. _____ Total Number of Safe Deposit Boxes

**CORRESPONDENT – THIS SECTION MUST BE COMPLETED. ALL CORRESPONDENCE AND CONFIDENTIAL TAX INFORMATION SHOULD BE DIRECTED TO:**

| Name | Daytime Telephone Number |
|---|---|
| Pearl M. Nudy | (610) 975-9297 |

First Line of Address
P.O. Box 100

Second Line of Address

| City or Post Office | State | Zip Code |
|---|---|---|
| Berwyn | PA | 19312 |

Correspondent's email address: PearlNudy@comcast.net

REGISTER OF WILLS USE ONLY

DATE FILED STAMP

**PLEASE USE ORIGINAL FORM ONLY**

REGISTER OF WILLS USE ONLY
DATE FILED MMDDYYYY

1505619105

1505619105

**PAGE 1**

13

REV-1500 (EX) MOD 03-19 (FI)        1505619305        File Number

## DECEDENT'S COMPLETE ADDRESS

Decedent's Name
Joseph C. Woodward, III

Street Address
26 Waterloo Avenue

| City | State | ZIP Code |
|------|-------|----------|
| Berwyn | PA | 19312 |

## TAX PAYMENTS AND CREDITS

1   Tax Due (Page 2, Line 19) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1.

2.  Prior Payments - Enter total payment amount on Line 2
    (List each receipt number for prior payments)

    Receipt 1

    Receipt 2

    Receipt 3

    Receipt 4 . . . . . . . . . . . . . . . . . . Total Amount Paid 2.
    (If additional space is needed, attach a separate piece of paper)

3.  Discount - Only if applicable (See Instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3.

4.  Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4.

5.  If Line 2 + Line 3 is greater than Line 1 + Line 4, enter the difference. This is the OVERPAYMENT.   5.
    Complete the OVERPAYMENT Section below

6.  If Line 1 + Line 4 is greater than Line 2 + Line 3, enter the difference. This is the TAX DUE . . . . .   6.   18,255.97

OVERPAYMENT: (select one oval)                          **Make check payable to: REGISTER OF WILLS, AGENT**

    Leave overpayment on the account*

    Issue a refund of the entire overpayment

    Issue a partial refund and leave the remaining amount on the account* . . . . . . . . . Refund Amount $

    **Important:** Estate refunds will be issued in the name of the estate and mailed to the correspondent on file at the time of issuance. If you are unable
    to cash a refund in the name of the estate or the refund should be mailed to another individual, a representative of the estate may request a change.
    See instructions for additional information.
    *The department will only maintain an overpayment for 3 years.

## MARK ALL OVALS THAT APPLY

1.  Decedent made a transfer and:
    a. retained the use or income of the property transferred . . . . . . . . . . . . . . . . . . . . . . . . . . .
    b. retained the right to designate who shall use the property transferred or its income . . . . . . . . . . . . . . . . . . .
    c. retained a reversionary interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    d. received the promise for life of other payments, benefits or care . . . . . . . . . . . . . . . . . . . . . . . . . . . .

2.  If death occurred after Dec. 12, 1982: Decedent transferred property within one year of death
    without receiving adequate consideration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

3.  Decedent owned an "in trust for" or payable-upon-death bank account or security at his or her death . . . . . . . .

4   Decedent owned an individual retirement account, annuity or other non-probate property, which
    contains a beneficiary designation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**IF ANY OVALS ARE MARKED, YOU MUST COMPLETE SCHEDULE G AND FILE IT AS PART OF THE RETURN**

1505619305                              1505619305

PAGE 3

1505619205                                14

REV-1500 (EX) MOD 03-19 (FI)

Decedent's Name: Joseph C. Woodward, III

Decedent's Social Security Number: 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

**RECAPITULATION**

| | | |
|---|---|---:|
| 1. | Real Estate (Schedule A). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1. | 350,000.00 |
| 2. | Stocks and Bonds (Schedule B). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2. | 0.00 |
| 3. | Closely Held Corporation, Partnership or Sole-Proprietorship (Schedule C). . . . . . . 3. | 0.00 |
| 4. | Mortgages and Notes Receivable (Schedule D) . . . . . . . . . . . . . . . . . . . . . 4. | 0.00 |
| 5. | Cash, Bank Deposits and Miscellaneous Personal Property (Schedule E). . . . . . . . . 5 | 33,973.62 |
| 6. | Jointly Owned Property (Schedule F)     Separate Billing Requested. . . . . . . . . 6. | 0.00 |
| 7. | Inter-Vivos Transfers & Miscellaneous Non-Probate Property (Schedule G)     Separate Billing Requested. . . . . . . . . 7. | 0.00 |
| 8. | Total Gross Assets (total Lines 1 through 7) . . . . . . . . . . . . . . . . . . . . . 8. | 383,973.62 |
| 9. | Funeral Expenses and Administrative Costs (Schedule H) . . . . . . . . . . . . . . . . 9. | 12,190.90 |
| 10. | Debts of Decedent, Mortgage Liabilities and Liens (Schedule I). . . . . . . . . . . . 10. | 219,649.61 |
| 11. | Total Deductions (total Lines 9 and 10) . . .     . . . . . . . . . . . . . . . . . 11. | 231,840.51 |
| 12. | Net Value of Estate (Line 8 minus Line 11) . . . . . . . . . . . . . . . . . . . . . 12. | 152,133.11 |
| 13. | Charitable and Governmental Bequests/Sec. 2113 Trusts for which an election to tax has not been made (Schedule J). . . . . . . . . . . . . . . . . . . . 13. | |
| 14. | Net Value Subject to Tax (Line 12 minus Line 13). . . . . . . . . . . . . . . . . . . 14. | 152,133.11 |

**TAX CALCULATION - SEE INSTRUCTIONS FOR APPLICABLE RATES**

| | | | | |
|---|---|---:|---|---:|
| 15. | Amount of Line 14 taxable at the spousal tax rate, or transfers under Sec. 2116 (a)(1.2) or (1.4) | 152,133.11 | X .0____ 15. | |
| 16. | Amount of Line 14 taxable at lineal rate | | X .0____ 16. | |
| 17. | Amount of Line 14 taxable at sibling rate | 152,133.11 | X .12 17. | 18,255.97 |
| 18. | Amount of Line 14 taxable at collateral rate | | X .15 18. | |
| 19. | TAX DUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19. | | | 18,255.97 |

Under penalties of perjury, I declare I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. Declaration of preparer other than the person responsible for filing the return is based on all information of which preparer has any knowledge.

SIGNATURE OF PERSON RESPONSIBLE FOR FILING RETURN                    DATE

ADDRESS

SIGNATURE OF PREPARER OTHER THAN PERSON RESPONSIBLE FOR FILING THE RETURN          DATE

ADDRESS

1505619205                    1505619205

**PAGE 2**

REV 1507 EX+ (10-15)


**pennsylvania**
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

## SCHEDULE A
### REAL ESTATE

*15*

| ESTATE OF: | FILE NUMBER: |
|---|---|
| Joseph C. Woodward, III | 15-20-1673 |

All real property owned solely or as a tenant in common must be reported at fair market value. Fair market value is defined as the price at which property would be exchanged between a willing buyer and a willing seller, neither being compelled to buy or sell, both having reasonable knowledge of the relevant facts. Real property that is jointly-owned with right of survivorship must be disclosed on Schedule F.

| ITEM NUMBER | Attach a copy of the settlement sheet if the property has been sold. Include a copy of the deed showing decedent's interest if owned as tenant in common.<br><br>DESCRIPTION | VALUE AT DATE OF DEATH |
|---|---|---|
| 1. | 26 Waterloo Avenue, Berwyn, PA  19312 | 350,000 00 |
| | | |
| | **TOTAL** (Also enter on Line 1, Recapitulation.) $ | 350,000.00 |

If more space is needed, use additional sheets of paper of the same size.

REV 1503 EX+ (02-15)

**R** pennsylvania
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

## SCHEDULE B
## STOCKS & BONDS

*16*

| ESTATE OF | FILE NUMBER |
|---|---|
| Joseph C. Woodward III | 15-20-1673 |

**All property jointly owned with right of survivorship must be disclosed on Schedule F.**

| ITEM NUMBER | DESCRIPTION | VALUE AT DATE OF DEATH |
|---|---|---|
| 1. | N O N E | |
| | TOTAL (Also enter on Line 2, Recapitulation) | $ 0.00 |

*If more space is needed, insert additional sheets of the same size*

REV-1504 EX+ (10-15)

 **pennsylvania**
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

## SCHEDULE C
### CLOSELY-HELD CORPORATION,
### PARTNERSHIP OR
### SOLE-PROPRIETORSHIP

*17*

| ESTATE OF | FILE NUMBER |
|---|---|
| JOSEPH C. WOODWARD III | 15-20-1873 |

Schedule C-1 or C-2 (including all supporting information) must be attached for each closely-held corporation/partnership interest of the decedent, other than a sole-proprietorship. See instructions for the supporting information to be submitted for sole-proprietorships.

| ITEM NUMBER | DESCRIPTION | VALUE AT DATE OF DEATH |
|---|---|---|
| 1. | N O N E | |
| | | |
| | **TOTAL** (Also enter on line 3, Recapitulation) | $ 0.00 |

(If more space is needed, insert additional sheets of the same size)

REV-1507 EX+ (07 15)

*18*



**pennsylvania**
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

## SCHEDULE D
### MORTGAGES & NOTES
### RECEIVABLE

| ESTATE OF | FILE NUMBER |
|---|---|
| Joseph C. Woodward, III | 15-20-1673 |

All property jointly owned with right of survivorship must be disclosed on Schedule F.

| ITEM NUMBER | DESCRIPTION | VALUE AT DATE OF DEATH |
|---|---|---|
| | **N O N E** | |
| | | |

| | TOTAL (Also enter on Line 4, Recapitulation)  $ | 0.00 |

(If more space is needed, insert additional sheets of the same size.)

REV 1508 EX+ (02-15)


pennsylvania
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

**SCHEDULE E**
**CASH, BANK DEPOSITS & MISC.**
**PERSONAL PROPERTY**

*19*

| ESTATE OF: | FILE NUMBER: |
|---|---|
| Joseph C. Woodward, III | 15-20-1673 |

Include the proceeds of litigation and the date the proceeds were received by the estate.
All property jointly owned with right of survivorship must be disclosed on Schedule F.

| ITEM NUMBER | DESCRIPTION | VALUE AT DATE OF DEATH |
|---|---|---|
| 1 | TD Bank - Cash on hand | 17,476.00 |
| 2 | Navy Federal Credit Union | 1,118.13 |
| 3. | Wells Fargo Hoo Mortgage - Return of Escrow Overage | 2,324.49 |
| 4. | 2002 Ford Truck | 5,000.00 |
| 5. | 2002 Harley Davidson Motorcycle | 4,500.00 |
| 6. | 1997 Honda Trike Motorcycle | 1,500.00 |
| 7 | 5 Pocket Watches | 405.00 |
| 8. | Household Goods | 1,650.00 |
| | **TOTAL** (Also enter on Line 5, Recapitulation)  $ | 33,973.62 |

If more space is needed, use additional sheets of paper of the same size.

20

1509019105

**pennsylvania**
DEPARTMENT OF REVENUE    (EX+) MOD 03-19 (FI)

# REV-1509
BUREAU OF INDIVIDUAL TAXES
PO BOX 280601
HARRISBURG PA 17128-0601

### SCHEDULE F
### JOINTLY-OWNED PROPERTY

| ESTATE OF: Joseph C. Woodward, III | | FILE NUMBER: 15-20-1673 |
|---|---|---|

**If an asset became jointly owned within one year of the decedent's date of death, it must be reported on Schedule G.**

| SURVIVING JOINT TENANT(S) NAME(S) | ADDRESS | RELATIONSHIP OF DECEDENT |
|---|---|---|
| A. | | |
| B. | | |
| C. | | |

**JOINTLY OWNED PROPERTY:**

| ITEM NUMBER | LETTER FOR JOINT TENANT | LAST 4 DIGITS OF BANK ACCOUNT # | DATE MADE JOINT | DESCRIPTION OF PROPERTY NAME OF FINANCIAL INSTITUTION. ATTACH DEED FOR JOINTLY HELD REAL ESTATE. | DATE OF DEATH VALUE OF ASSET | % OF DECEDENT'S INTEREST | DATE OF DEATH VALUE OF DECEDENT'S INTEREST |
|---|---|---|---|---|---|---|---|
| 1. | A. | | | NONE | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL (Also enter on Line 6, Recapitulation) | $ | 0.00 |

If more space is needed, use an additional Schedule F.

1509019105

1509019105

1510019105

21

pennsylvania
DEPARTMENT OF REVENUE    (FX+) NOD 03-19 (FI)

# REV-1510

BUREAU OF INDIVIDUAL TAXES
PO BOX 280601
HARRISBURG PA  17128-0601

## SCHEDULE G
### INTER-VIVOS TRANSFERS AND
### MISC. NON-PROBATE PROPERTY

| ESTATE OF: | | | | | | |
|---|---|---|---|---|---|---|
| JOSEPH C. WOODWARD, III | | | | FILE NUMBER: 15-20-1673 | | |
| ITEM NUMBER | LAST 4 DIGITS OF ACCOUNT ID | DESCRIPTION OF PROPERTY INCLUDE THE NAME OF THE TRANSFEREE, THE RELATIONSHIP TO DECEDENT AND THE DATE OF TRANSFER. ATTACH A COPY OF THE DEED FOR REAL ESTATE | DATE OF DEATH VALUE OF ASSET | % OF DECEDENT'S INTEREST | EXCLUSION (IF APPLICABLE) | TAXABLE VALUE |
| 1. | | N O N E | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL (Also enter on Line 7, Recapitulation) | | $ | 0.00 |

If more space is needed, use an additional Schedule G.



1510019105

RLV-1511 LX+ (10-15)


**pennsylvania**
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

## SCHEDULE H
### FUNERAL EXPENSES AND
### ADMINISTRATIVE COSTS

22

| ESTATE OF | FILE NUMBER |
|---|---|
| Joseph C. Woodward, III | 15-20-1673 |

Decedent's debts must be reported on Schedule I.

| ITEM NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|
| A. | FUNERAL EXPENSES: | |
| 1. | Allova Funeral Home: as follows | 9,025.00 |
| |       Bunrl Fee:  $ 4995.00 | |
| |       Casket     $2495.00 | |
| |       Ground Liner  $1295.00 | |
| |       Certified Copies of Death Certificates:  $250.00 | |
| | Rev. Tim Thomson - Graveside Service | 400.00 |
| B. | ADMINISTRATIVE COSTS: | |
| 1. | Personal Representative Commissions: | |
| |     Name(s) of Personal Representative(s) Pearl M. Nudy | |
| |     Street Address 269 Old Eagle School Road | |
| |     City Wayne    State PA ZIP 19087 | |
| |     Year(s) Commission Paid: | |
| 2. | Attorney Fees: | 175.00 |
| 3. | Family Exemption: (If decedent's address is not the same as claimant's, attach explanation.) | |
| |     Claimant | |
| |     Street Address | |
| |     City    State  ZIP | |
| |     Relationship of Claimant to Decedent | |
| 4. | Probate Fees: | 1,090.90 |
| 5. | Accountant Fees: | |
| 6. | Tax Return Preparer Fees: | 1,500.00 |
| 7. | | |
| | **TOTAL** (Also enter on Line 9, Recapitulation) $ | 12,190.90 |

If more space is needed, use additional sheets of paper of the same size.

REV-1512 EX+ (02-15)

 **pennsylvania**
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

## SCHEDULE I
### DEBTS OF DECEDENT,
### MORTGAGE LIABILITIES & LIENS

2-3

| ESTATE OF | FILE NUMBER |
|---|---|
| Joseph C. Woodward, III | 15-20-1673 |

Report debts incurred by the decedent prior to death that remained unpaid at the date of death, including unreimbursed medical expenses.

| ITEM NUMBER | DESCRIPTION | VALUE AT DATE OF DEATH |
|---|---|---|
| 1. | Wells Fargo Home Mortgage | 196,240.56 |
| | JPMorgan Chase Bank N.A. | 3,124.74 |
| | Diskcover Bank | 6,024.14 |
| | Verizon | 546.88 |
| | Verizon Wireless | 170.29 |
| | Service Finance Company, LLC / Home Hvac System | 13,543.00 |
| | | |
| | TOTAL (Also enter on Line 10, Recapitulation) $ | 219,649.61 |

*If more space is needed, insert additional sheets of the same size.*

REV 1513 EX+ (02 15)

 pennsylvania
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

## SCHEDULE J
### BENEFICIARIES

Z Y

| ESTATE OF: | | FILE NUMBER: |
|---|---|---|
| JOSEPH C. WOODWARD, III | | 15-20-1673 |

| NUMBER | NAME AND ADDRESS OF PERSON(S) RECEIVING PROPERTY | RELATIONSHIP TO DECEDENT<br>Do Not List Trustee(s) | AMOUNT OR SHARE<br>OF ESTATE |
|---|---|---|---|
| I | TAXABLE DISTRIBUTIONS [include outright spousal distributions and transfers under Sec. 9116 (a) (1.2).] | | |
| 1. | Judith Pandozzo | Sister | 50% |
| | 2000 Southport Lane, Southport, NC 28461 | | |
| 2. | Diane Soob | Sister | 50% |
| | 58 Llewellyn Lane, Royersford, PA 19468 | | |
| | ENTER DOLLAR AMOUNTS FOR DISTRIBUTIONS SHOWN ABOVE ON LINES 15 THROUGH 18 OF REV-1500 COVER SHEET, AS APPROPRIATE. | | |
| II | NON-TAXABLE DISTRIBUTIONS<br>A. SPOUSAL DISTRIBUTIONS UNDER SECTION 9113 FOR WHICH AN ELECTION TO TAX IS NOT TAKEN: | | |
| 1. | N O N E | | |
| | B. CHARITABLE AND GOVERNMENTAL DISTRIBUTIONS: | | |
| 1. | N O N E | | |
| | TOTAL OF PART II ~ ENTER TOTAL NON-TAXABLE DISTRIBUTIONS ON LINE 13 OF REV-1500 COVER SHEET. | | $ |

If more space is needed, use additional sheets of paper of the same size.

REV 1514 EX+ (1-15)

**pennsylvania**
DEPARTMENT OF REVENUE
BUREAU OF INDIVIDUAL TAXES
PO BOX 280601
HARRISBURG PA 17128 0601

## SCHEDULE K
## LIFE ESTATE, ANNUITY
## & TERM CERTAIN

25

| ESTATE OF | FILE NUMBER |
|---|---|
| JOSEPH C. WOODWARD, III | 15-20-1673 |

This schedule should be used for all single-life, joint or successive life estate and term-certain calculations. For dates of death prior to 5-1-89, actuarial factors for single-life calculations can be obtained from the Department of Revenue.

Actuarial factors can be found in IRS Publication 1457, Actuarial Values, Alpha Volume for dates of death from 5-1-89 to 4-30-99, and in Aleph Volume for dates of death from 5-1-99 and thereafter.

Indicate below the type of instrument that created the future interest and attach a copy of it to the tax return.

☐ Will          ☐ Intervivos Deed of Trust          ☐ Other

| LIFE ESTATE INTEREST CALCULATION | | | |
|---|---|---|---|
| NAME OF LIFE TENANT | DATE OF BIRTH | NEAREST AGE AT DATE OF DEATH | TERM OF YEARS LIFE ESTATE IS PAYABLE |
| N O N E | | | ☐ Life or ☐ Term of Years _____ |
| | | | ☐ Life or ☐ Term of Years _____ |
| | | | ☐ Life or ☐ Term of Years _____ |
| | | | ☐ Life or ☐ Term of Years _____ |
| | | | ☐ Life or ☐ Term of Years _____ |

1. Value of fund from which life estate is payable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

2. Actuarial factor per appropriate table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
   Interest table rate – ☐ 3.5%  ☐ 6%  ☐ 10%  ☐ Variable Rate _____ %

3. Value of life estate (Line 1 multiplied by Line 2) . . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| ANNUITY INTEREST CALCULATION | | | |
|---|---|---|---|
| NAME OF LIFE ANNUITANT | DATE OF BIRTH | NEAREST AGE AT DATE OF DEATH | TERM OF YEARS ANNUITY IS PAYABLE |
| N O N E | | | ☐ Life or ☐ Term of Years _____ |
| | | | ☐ Life or ☐ Term of Years _____ |
| | | | ☐ Life or ☐ Term of Years _____ |
| | | | ☐ Life or ☐ Term of Years _____ |

1. Value of fund from which annuity is payable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

2. Check appropriate block below and enter corresponding number . . . . . . . . . . . . . . . . . . . . . . _____
   Frequency of payout – ☐ Weekly (52)      ☐ Bi-weekly (26)    ☐ Monthly (12)
       ☐ Quarterly (4)  ☐ Semi-annually (2)  ☐ Annually (1)    ☐ Other ( ) _____

3. Amount of payout per period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

4. Aggregate annual payment, Line 2 multiplied by Line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . _____

5. Annuity Factor (see instructions)
   Interest table rate – ☐ 3.5%  ☐ 6%  ☐ 10%  ☐ Variable Rate _____% . . . _____

6. Adjustment Factor (See instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

7. Value of annuity – If using 3.5, 6, or 10%, or if variable rate and period
   payout is at end of period, calculation is Line 4 x Line 5 x Line 6 . . . . . . . . . . . . . . . . . . . . . . .$ _____
   If using variable rate and period payout is at beginning of period, calculation is
   (Line 4 x Line 5 x Line 6) ÷ Line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$          0.00

NOTE: The values of the funds that create the above future interests must be reported as part of the estate assets on Schedules A through G of the tax return. The resulting life or annuity interest should be reported at the appropriate tax rate on Lines 13 and 15 through 18 of the return.

If more space is needed, use additional sheets of the same size.

RLV-1644 LX+°(02-10)

26

 **pennsylvania**
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

**INHERITANCE TAX**
# SCHEDULE L
**REMAINDER PREPAYMENT
OR INVASION OF TRUST CORPUS**

**I.** | **ESTATE OF** | **FILE NUMBER**
JOSEPH C. WOODWARD, III | 15-20-1673

**This schedule is appropriate only for estates of decedents dying on or before Dec. 12, 1982.**

This schedule is to be used for all remainder returns when an election to prepay has been filed under the provisions of Section 714 of the Inheritance and Estate Tax Act of 1961 or to report the invasion of trust corpus (principal).

**II.** | **REMAINDER PREPAYMENT:**

A. Election to Prepay Filed with the Register of Wills on
(Date)

B. Name(s) of Life Tenant(s) or Annuitant(s) | Date of Birth | Age on Date of Election | Term of Years Income or Annuity is Payable

NONE

C. Assets: Complete Schedule L-1

1. Real Estate . . . . . . . . . . . . . . . . . . . . . . . . . . . .$
2. Stocks and Bonds . . . . . . . . . . . . . . . . . . . . . .$
3. Closely Held Stock/Partnership . . . . . . . . . . . . .$
4. Mortgages and Notes . . . . . . . . . . . . . . . . . . . .$
5. Cash/Misc. Personal Property . . . . . . . . . . . . . .$
6. Total from Schedule L-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$

D. Credits: Complete Schedule L-2
1. Unpaid Liabilities . . . . . . . . . . . . . . . . . . . . . . .$
2. Unpaid Bequests . . . . . . . . . . . . . . . . . . . . . . .$
3. Value of Non Includable Assets . . . . . . . . . . . .$
4. Total from Schedule L-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$

E. Total Value of Trust Assets (Line C-6 minus Line D-4) . . . . . . . . . . . . . . . . . . . . . . .$

F. Remainder Factor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

G. Taxable Remainder Value (Multiply Line E by Line F) . . . . . . . . . . . . . . . . . . . . . . . . . .$
(Also enter on Line 7, Recapitulation)

**III.** | **INVASION OF CORPUS:**

A. Invasion of Corpus
(Month, Day, Year)

B. Name(s) of Life Tenant(s) or Annuitant(s) | Date of Birth | Age on Date Corpus Consumed | Term of Years Income or Annuity is Payable

NONE

C. Corpus Consumed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$

D. Remainder Factor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

E. Taxable Value of Corpus Consumed (Multiply Line C by Line D) . . . . . . . . . . . . . . . . . . . .$        0.00
(Also enter on Line 7, Recapitulation)

REV 1847 EX+ (01 73)

27


**pennsylvania**
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

## SCHEDULE M
## FUTURE INTEREST COMPROMISE

**ESTATE OF**
JOSEPH C. WOODWARD, III

**FILE NUMBER**
15-20-1673

This schedule is appropriate only for estates of decedents who died after Dec. 12, 1982.
This schedule is to be used for all future interests where the rate of tax that will be applicable when the future interest vests in possession and enjoyment cannot be established with certainty.
Indicate below the type of instrument that created the future interest and attach a copy to the tax return.

☐ Will     ☐ Trust     ☐ Other

**I.    Beneficiaries**

| NAME OF BENEFICIARY | RELATIONSHIP | DATE OF BIRTH | AGE TO NEAREST BIRTHDAY |
|---|---|---|---|
| 1. NONE | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**II.**   For decedents who died on or after July 1, 1994, if a surviving spouse exercised or intends to exercise a right of withdrawal within nine months of the decedent's death, check the appropriate box below and attach a copy of the document in which the surviving spouse exercises such withdrawal right.

☐ Unlimited right of withdrawal     ☐ Limited right of withdrawal

**III.   Explanation of Compromise Offer:**

**IV.   Summary of Compromise Offer:**

1.  Amount of future interest  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2.  Value of Line 1 exempt from tax as amount passing to charities, etc.
    (Also include as part of total shown on Line 13 of REV-1500.)  . . . . . . . . $_____

3.  Value of Line 1 passing to spouse at appropriate tax rate
    Check one.      ☐ 6%,  ☐ 3%,  ☐ 0% . . . . . . . . . . . . . . . . . . . . . $_____
    (Also include as part of total shown on Line 15 of REV-1500.)

4.  Value of Line 1 taxable at lineal rate
    Check one.     ☐ 6%,  ☐ 4.5%  . . . . . . . . . . . . . . . . . . . . . . . . $_____
    (Also include as part of total shown on Line 16 of REV-1500.)

5.  Value of Line 1 taxable at sibling rate (12%)
    (Also include as part of total shown on Line 17 of REV-1500.)  . . . . . . . . $_____

6.  Value of Line 1 taxable at collateral rate (15%)
    (Also include as part of total shown on Line 18 of REV-1500.)  . . . . . . . . $_____

7.  Total value of future interest (sum of Lines 2 thru 6 must equal Line 1)  . . . . . . . . . . . . . . . . . . . . . . $_____  0.00

If more space is needed, use additional sheets of paper of the same size.

REV-1648 EX (02-09)

**pennsylvania**
DEPARTMENT OF REVENUE
Bureau of Individual Taxes
PO Box 280601
Harrisburg PA 17128

**SCHEDULE N**
**SPOUSAL POVERTY CREDIT**
FOR DATES OF DEATH 01/01/92 TO 12/31/94

*28*

| ESTATE OF | FILE NUMBER |
|---|---|
| JOSEPH C. WOODWARD, III | 15-20-1673 |

This schedule must be completed and filed if you checked the spousal poverty credit box on the cover sheet.

### PART I · CALCULATION OF GROSS ESTATE

| | | |
|---|---|---|
| 1. Taxable assets total from Line 8 (cover sheet) | 1. | 0.00 |
| 2. Insurance proceeds on life of decedent | 2. | |
| 3. Retirement benefits | 3. | |
| 4. Joint assets with spouse | 4. | |
| 5. PA Lottery winnings | 5. | |
| 6a. Other nontaxable assets: List and attach schedule if necessary | 6a. | |
| | 6b. | |
| | 6c. | |
| | 6d. | |
| 6. SUBTOTAL (Lines 6a, b, c, d) | 6. | 0.00 |
| 7. Total gross assets (Add Lines 1 thru 6) | 7. | 0.00 |
| 8. Total actual taxables | 8. | |
| 9. Net value of estate (Subtract Line 8 from Line 7) | 9. | |

If Line 9 is greater than $200,000 - STOP. The estate is not eligible to claim the credit. If not, continue to Part II.

### PART II · CALCULATION OF JOINT EXEMPTION INCOME - Attach copies of federal income tax return for decedent and spouse.

| Income: | 1. | TAX YEAR: 19 | 2. | TAX YEAR: 19 | 3. | TAX YEAR: 19 |
|---|---|---|---|---|---|---|
| a. Spouse | 1a. | | 2a. | | 3a. | |
| b. Decedent | 1b. | | 2b. | | 3b. | |
| c. Joint | 1c. | | 2c. | | 3c. | |
| d. Tax-exempt income | 1d. | | 2d. | | 3d. | |
| e. Other income not listed above | 1e. | | 2e. | | 3e. | |
| f. Total | 1f. | 0.00 | 2f. | 0.00 | 3f. | 0.00 |

4. Average joint exemption income calculation
4a. Add joint exemption income from above:

(1f) _____ 0.00   + (2f) _____ 0.00   + (3f) _____ 0.00   = _____ 0.00

(÷ 3)

4b. Average joint exemption income ................................................ = 

If line 4(b) is greater than $40,000 - STOP. The estate is not eligible to claim the credit. If not, continue to Part III.

### PART III · CALCULATION OF SPOUSAL POVERTY CREDIT FOR RESIDENT AND NONRESIDENT ESTATES

| | | |
|---|---|---|
| 1. Insert amount of taxable transfers to spouse or $100,000, whichever is less | 1. | |
| 2. Multiply by credit percentage (see instructions) | 2. | |
| 3. This is the amount of the Resident Spousal Poverty Credit. Include this figure in the calculation of total credits on Line 18 of the cover sheet. | 3. | |
| 4. For nonresidents, enter the ratio of the decedent's gross estate in PA to the value of the decedent's gross estate | 4. | |
| 5. Multiply Line 3 by Line 4 and enter the total here. This is the amount of the Nonresident Spousal Poverty Credit. Include this figure in the calculation of total credits on Line 18 of the cover sheet. | 5. | 0.00 |



REV 1649 EX+ (02 16)

pennsylvania
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

## SCHEDULE O
### DEFERRAL/ELECTION OF
### SPOUSAL TRUSTS

29

| ESTATE OF: | FILE NUMBER: |
|---|---|
| JOSEPH C. WOODWARD, III | 15-20-1673 |

### ☐ PART A – DEFERRING STATEMENT

For all trust assets reportable for Pennsylvania inheritance tax purposes for which a deferral of tax is chosen, the personal representative responsible for filing the return and the trustee(s) of the trust in question hereby acknowledge the department's Statement of Policy set forth at 61 Pa. Code § 94.3 concerning any potential termination of the trust under 20 Pa.C.S. § 7710.1 that occurs after the return was filed.

### ☐ PART B – ELECTION TO TAX AMOUNTS

Complete this section only if making the election to tax the sole use trust.

If the election applies to more than one trust or similar arrangement, a separate form must be filed for each trust. This election applies to the _____ Trust (marital, residual A, B, bypass, unified credit, etc.).

Enter the description and value of all interests for which the election is made.

| DESCRIPTION | VALUE |
|---|---|
| DOES NOT APPLY | |
| | |
| **Total** | 0.00 |

If more space is needed, use additional sheets of paper of the same size.

30

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH  45999-0023

Date of this notice:  09-30-2020

Employer Identification Number:
85-6579476

Number of this notice:  CP 575 B

JOSEPH C WOODWARD ESTATE
PEARL M NUDY ADM
P O BOX 100
BERWYN, PA  19312

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 85-6579476.  This EIN will identify your estate or trust.  If you are not the
applicant, please contact the individual who is handling the estate or trust for you.
Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

                    Form 1041                    12/15/2021

If you have questions about the form(s) or the due date(s) shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
Accounting Periods and Methods.

We assigned you a tax classification based on information obtained from you or your
representative.  It is not a legal determination of your tax classification, and is not
binding on the IRS.  If you want a legal determination of your tax classification, you may
request a private letter ruling from the IRS under the guidelines in Revenue Procedure
2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note:
Certain tax classification elections can be requested by filing Form 8832, Entity
Classification Election.  See Form 8832 and its instructions for additional information.

To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

 **MALVERN BANK**
National Association
*since 1887*

42 East Lancaster Avenue
Paoli, PA 19301-0485

RETURN SERVICE REQUESTED

>001524 7676873 0001 092578 10Z

JOSEPH C WOODWARD ESTATE
PEARL M NUDY
PO BOX 100
BERWYN PA 19312-0100

3/

## Statement Ending 04/30/2021
*Page 1 of 4*

### Managing Your Accounts

| | | |
|---|---|---|
|  | Address | 42 E  LANCASTER AVE<br>PAOLI PA 19301 |
| | Website | www.MyMalvernBank.com |
| | Mobile App | Malvern Bank App |
| | Customer Service | 610-644-9400 |
| | Telephone Banking | 1-800-204-7437 |





For as low as

# 3.25%
Variable APR

# HELOC SPECIAL!

## You've worked hard to own your home.
## Now, let it work hard for you.

Contact us today to get started!
610.251.2221 • Mortgages@MyMalvernBank.com




---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESTATES AND TRUST | XXXXXXXXXXXXX0133 | $10,415.23 |

## ESTATES AND TRUST - XXXXXXXXXXXXX0133

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2021 | Beginning Balance | $29,208.64 |
| | 1 Credit(s) This Period | $1,750.00 |
| | 5 Debit(s) This Period | $20,543.41 |
| 04/30/2021 | Ending Balance | $10,415.23 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | | | | $29,208.64 |
| 04/01/2021 | Beginning Balance | | | |
| 04/01/2021 | DEPOSIT | | $1,750.00 | $30,958.64 |
| 04/01/2021 | CHECK # 144 | $1,500.00 | | $29,458.64 |

 **FDIC**



32

## ESTATES AND TRUST - XXXXXXXXXXXXX0133 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | | | | $29,198.24 |
| 04/01/2021 | CHECK # 145 | $260.40 | | $29,009.20 |
| 04/05/2021 | CHECK # 134 | $189.04 | | $10,753.23 |
| 04/16/2021 | CHECK # 143 | $18,255.97 | | $10,415.23 |
| 04/27/2021 | CHECK # 146 | $338.00 | | $10,415.23 |
| 04/30/2021 | Ending Balance | | | |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 134 | 04/05/2021 | $189.04 | 144 | 04/01/2021 | $1,500.00 | 146 | 04/27/2021 | $338.00 |
| 143* | 04/16/2021 | $18,255.97 | 145 | 04/01/2021 | $260.40 | | | |

* Indicates skipped check number

### Daily Balances



| Date | Amount | Date | Amount |
|---|---|---|---|
| 04/01/2021 | $29,198.24 | 04/16/2021 | $10,753.23 |
| 04/05/2021 | $29,009.20 | 04/27/2021 | $10,415.23 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

 **MALVERN BANK**
National Association *since 1887*

42 East Lancaster Avenue
Paoli, PA 19301-0485

*33*
*Statement Ending 05/28/2021*
Page 1 of 4

RETURN SERVICE REQUESTED

>000151J  7714679  0001  092578  10Z

JOSEPH C WOODWARD ESTATE
PEARL M NUDY
PO BOX 100
BERWYN PA 19312-0100

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Address | 42 E. LANCASTER AVE PAOLI PA 10301 |
| 💻 | Website | www.MyMalvernBank.com |
| 📱 | Mobile App | Malvern Bank App |
| 👤 | Customer Service | 610-644 9400 |
| | Telephone Banking | 1-800-204-7437 |



For as low as



# 3.25% HELOC SPECIAL!

Variable APR

## You've worked hard to own your home.
## Now, let it work hard for you.

Contact us today to get started!
610.251.2221 • Mortgages@MyMalvernBank.com



### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESTATES AND TRUST | XXXXXXXXXXXXX0133 | $8,379 53 |

## ESTATES AND TRUST - XXXXXXXXXXXXX0133 

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 05/01/2021 | Beginning Balance | $10,415.23 |
| | 0 Credit(s) This Period | $0.00 |
| | 2 Debit(s) This Period | $2,035 70 |
| 05/28/2021 | Ending Balance | $8,379.53 |

**Account Activity**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01/2021 | Beginning Balance | | | $10,415 23 |
| 05/03/2021 | CHECK # 147 | $875 00 | | $9,540 23 |

**FDIC**



Statement Ending 05/28/2021                    Page 3 of 4

## ESTATES AND TRUST - XXXXXXXXXXXXX0133 (continued)

*34*

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/11/2021 | WF HOME MORTGAGE CHECKPAYMT 0148 | $1,160.70 | | $8,379.53 |
| 05/28/2021 | Ending Balance | | | $8,379.53 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 147 | 05/03/2021 | $875.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 05/03/2021 | $9,540.23 | 05/11/2021 | $8,379.53 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |




## MALVERN BANK
National Association    *since 1887*

42 East Lancaster Avenue
Paoli, PA 19301-0485

RETURN SERVICE REQUESTED

>001462 3159226 0001 09C578 10Z

JOSEPH C WOODWARD ESTATE
PEARL M NUDY
PO BOX 100
BERWYN PA 19312-0100

*Statement Ending 06/30/2021*

35

Page 1 of 4

### Managing Your Accounts

| | | |
|---|---|---|
| Address | 42 L LANCASTER AVE, PAOLI PA 19301 |
| Website | www.MyMalvernBank.com |
| Mobile App | Malvern Bank App |
| Customer Service | 610-644-9400 |
| Telephone Banking | 1-800-204 7437 |



# DOLLARS *for* DENIM

During the summer months, employees can wear jeans
to work on Fridays to help raise donations for the
Malvern Federal Charitable Foundation.

The Foundation supports organizations that provide housing, food, and
life-skills training; after school educational programs for children living
below the poverty line; health services for women and children; and
funding for pediatric cancer research.

*If you are interested in donating, please stop by any Financial Center!*

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESTATES AND TRUST | XXXXXXXXXXXXX0133 | $3,129 53 |

## ESTATES AND TRUST - XXXXXXXXXXXXX0133

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/29/2021 | Beginning Balance | $8,379.53 |
| | 0 Credit(s) This Period | $0.00 |
| | 2 Debit(s) This Period | $5,250.00 |
| 06/30/2021 | Ending Balance | $3,129.53 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/29/2021 | Beginning Balance | | | $8,379.53 |
| 06/09/2021 | CHECK # 149 | $260 00 | | $8,129 53 |


**FDIC**



Statement Ending 06/30/2021                          Page 3 of 4

3L

## ESTATES AND TRUST - XXXXXXXXXXXXX0133 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| 06/23/2021 | CAPITAL ONE ONLINE PMT 3C4FALMXH7VODDP | $5,000.00 | | $3,129.53 |
| 06/30/2021 | Ending Balance | | | $3,129.53 |

### Checks Cleared

| Check Nbr | Date | Amount |
|-----------|------|--------|
| 149 | 06/09/2021 | $250.00 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 06/09/2021 | $8,129.53 | 06/23/2021 | $3,129.53 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



# MALVERN BANK
### National Association
*since 1887*

**42 East Lancaster Avenue**
**Paoli, PA 19301-0485**

*Statement Ending 07/30/2021*
Page 1 of 4

RETURN SERVICE REQUESTED

>001441 3400275 0001 D92578 10Z

JOSEPH C WOODWARD ESTATE
PEARL M NUDY
PO BOX 100
BERWYN PA 19312-0100



## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Address | 42 E. LANCASTER AVE PAOLI PA 19301 |
| 💻 | Website | www.MyMalvernBank.com |
| 📱 | Mobile App | Malvern Bank App |
| 👤 | Customer Service | 610-644-9400 |
| 📟 | Telephone Banking | 1-800-204-7437 |



## MALVERN BANK

*Beyond your Expectations*

# HOME EQUITY LINE of CREDIT

### CALL FOR MORE INFORMATION: 610.695.3644

**LOW INTRO RATE 2.25% APR***

**VARIABLE RATE 3.25% APR***

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESTATLS AND TRUST | XXXXXXXXXXXXX0133 | $229.53 |

## ESTATES AND TRUST - XXXXXXXXXXXXXX0133

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2021 | Beginning Balance | $3,129.53 |
| | 0 Credit(s) This Period | $0 00 |
| | 1 Dordt(s) This Period | $2 900 00 |
| 07/30/2021 | Ending Balance | $229.53 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01/2021 | Beginning Balance | | | $3,129.53 |
| 07/09/2021 | CAPITAL ONE ONLINE PMT 3C7SY6O2PX64JB1 | $2 900 00 | | $229.53 |
| 07/30/2021 | Ending Balance | | | $229 53 |



**FDIC**



## ESTATES AND TRUST - XXXXXXXXXXXXX0133 (continued)

38

**Daily Balances**

| Date | Amount |
| --- | --- |
| 07/09/2021 | $229.53 |

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
| --- | --- | --- |
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



 **MALVERN BANK**
National Association
*since 1887*

**Statement Ending 08/31/2021**
Page 1 of 4

42 East Lancaster Avenue
Paoli, PA 19301-0485

RETURN SERVICE REQUESTED

>001428  3694385  0001  092578  ¿02

JOSEPH C WOODWARD ESTATE
PEARL M NUDY
PO BOX 100
BERWYN PA 19312-0100

### Managing Your Accounts

 

| | | |
|---|---|---|
| 🏛 | Address | 42 E LANCASTER AVE PAOLI PA 19301 |
| 💻 | Website | www.MyMalvernBank.com |
| 📱 | Mobile App | Malvern Bank App |
| 👤 | Customer Service | 610 644-9400 |
| ☎ | Telephone Banking | 1-800-204-7437 |




## HAVE YOU DONE YOUR ANNUAL INSURANCE CHECK UP?

Let us take a look at your financial situation and
the policies we have to protect it?



- Whole Life Insurance   • Health
- Long Term Care Insurance  • Home Owners
- Term Life Insurance   • Auto

Please contact Sally Lawson, Senior Vice President for more information
Office: 610.695.3651 • SLawson@MyMalvernBank.com • MyMalvernBank.com

**MALVERN BANK**

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESTATES AND TRUST | XXXXXXXXXXXX0133 | $18,485.50 |

## ESTATES AND TRUST - XXXXXXXXXXXXX0133

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/31/2021 | Beginning Balance | $229.53 |
| | 1 Credit(s) This Period | $18,255.97 |
| | 0 Debit(s) This Period | $0.00 |
| 08/31/2021 | Ending Balance | $18,485.50 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/31/2021 | Beginning Balance | | | $229.53 |
| 08/05/2021 | DEPOSIT | | $18,255.97 | $18,485.50 |
| 08/31/2021 | Ending Balance | | | $18,485.50 |



## ESTATES AND TRUST - XXXXXXXXXXXXX0133 (continued)

*40*

**Daily Balances**

| Date | Amount |
|------|--------|
| 08/06/2021 | $18 485 50 |

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|--|----------------------|---------------------|
| Total Overdraft Fees | $0.00 | $0 00 |
| Total Returned Item Fees | $0.00 | $0 00 |





# MALVERN BANK
### National Association *since 1887*

42 East Lancaster Avenue
Paoli, PA 19301-0485

RETURN SERVICE REQUESTED

>001410 797644° 0001 092578 10Z

JOSEPH C WOODWARD ESTATE
PEARL M NUDY
PO BOX 100
BERWYN PA 19312-0100

**Statement Ending 09/30/2021**

41

Page 1 of 4

## Managing Your Accounts



| | | |
|---|---|---|
| Address | 42 E LANCASTER AVE, PAOLI PA 19301 |
| Website | www.MyMalvernBank.com |
| Mobile App | Malvern Bank App |
| Customer Service | 610-644-9400 |
| Telephone Banking | 1-800-204-7437 |



### Banks Never Ask That

Banks will never ask you to provide confidential information (your account number, SSN, name, address, password, etc.) in emails or text messages, only to confirm transactions or send you alerts that YOU sign up to online banking. Banks will only ask for confidential information to verify your identity when you call its Customer Service numbers.

Follow #BanksNeverAskThat on Malvern Bank's Facebook Page   Starting October 1st!



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESTATES AND TRUST | XXXXXXXXXXXXX0133 | $18,485.50 |

## ESTATES AND TRUST - XXXXXXXXXXXXX0133

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2021 | Beginning Balance | $18,485.50 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 09/30/2021 | Ending Balance | $18,485.50 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/01/2021 | Beginning Balance | | | $18,485.50 |
| | No activity this statement period | | | |
| 09/30/2021 | Ending Balance | | | $18,485.50 |



## ESTATES AND TRUST - XXXXXXXXXXXXX0133 (continued)

42

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



 **MALVERN BANK**
National Association
*since 1887*

42 East Lancaster Avenue
Paoli, PA 19301-0485

RETURN SERVICE REQUESTED

>001679 5252669 0001 092578 102

 JOSEPH C WOODWARD ESTATE
PEARL M NUDY
PO BOX 100
BERWYN PA 19312 0100

**Statement Ending 10/30/2020**
Page 1 of 4

43

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Address | 42 E. LANCASTER AVE. PAOLI PA 19301 |
| 💻 | Website | www.MyMalvernBank.com |
| 📱 | Mobile App | Malvern Bank App |
| 👤 | Customer Service | 610 644-0400 |
| 🔢 | Telephone Banking | 1-800-204-7437 |



## Deposit checks at home or on-the-go.

Skip the trip to a branch or ATM and deposit checks with our mobile app.

DOWNLOAD OUR MOBILE APP TODAY
MBNA2GO ...it's fast, simple, and safe!

  

Messaging and data rates from your mobile provider may apply.

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESTATES AND TRUST | XXXXXXXXXXXXX0133 | 532 872 68 |

## ESTATES AND TRUST - XXXXXXXXXXXXX0133

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2020 | Beginning Balance | $0.00 |
| | 8 Credit(s) This Period | $43,009 35 |
| | 5 Debit(s) This Period | $10,136 67 |
| 10/30/2020 | Ending Balance | $32,872.68 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | | | | $0.00 |
| 10/01/2020 | Beginning Balance | | | |
| 10/01/2020 | NEW ACCOUNT | | $21 641 99 | $21,641.99 |
| 10/02/2020 | WITHDRAWAL | $9,025.00 | | $12 616 99 |

 **FDIC**



4 4

## ESTATES AND TRUST - XXXXXXXXXXXXXX0133 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| 10/13/2020 | DEPOSIT | | $1.88 | $12,618.87 |
| 10/13/2020 | DEPOSIT | | $300.00 | $12,918.87 |
| 10/13/2020 | DEPOSIT | | $1,350.00 | $14,268.87 |
| 10/13/2020 | DEPOSIT | | $12,765.76 | $27,034.63 |
| 10/16/2020 | CHECK # 104 | $55.47 | | $26,979.16 |
| 10/22/2020 | CHECK # 102 | $270.00 | | $26,709.16 |
| 10/23/2020 | DEPOSIT | | $831.59 | $27,540.75 |
| 10/26/2020 | DEPOSIT | | $1,118.13 | $28,658.88 |
| 10/26/2020 | DEPOSIT | | $5,000.00 | $33,658.88 |
| 10/26/2020 | CHECK # 101 | $286.20 | | $33,372.68 |
| 10/28/2020 | CHECK # 105 | $500.00 | | $32,872.68 |
| 10/30/2020 | Ending Balance | | | $32,872.68 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|
| 101 | 10/26/2020 | $286.20 | 104* | 10/16/2020 | $55.47 |
| 102 | 10/22/2020 | $270.00 | *05 | 10/28/2020 | $500.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10/01/2020 | $21,641.99 | 10/16/2020 | $26,979.16 | 10/26/2020 | $33,372.68 |
| 10/02/2020 | $12,616.99 | 10/22/2020 | $26,709.16 | 10/28/2020 | $32,872.68 |
| 10/13/2020 | $27,034.63 | 10/23/2020 | $27,540.75 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





# MALVERN BANK
### National Association *since 1887*

**42 East Lancaster Avenue**
**Paoli, PA 19301-0485**

RETURN SERVICE REQUESTED

>003659 5458580 0001 042578 102

JOSEPH C WOODWARD ESTATE
PEARL M NUDY
PO BOX 100
BERWYN PA 19312-0100



**Statement Ending 11/30/2020**
Page 1 of 4

*45*

---

### Managing Your Accounts

| | | |
|---|---|---|
| Address | | 42 E. LANCASTER AVE PAOLI PA 19301 |
| Website | | www.MyMalvernBank.com |
| Mobile App | | Malvern Bank App |
| Customer Service | | 610-644-9400 |
| Telephone Banking | | 1-800-204-7437 |

---



## LIMITED TIME OFFER!

### Lender Credit with New Home Purchase*

We are putting in by providing a CREDIT OF UP TO $450 when you apply by December 31, 2020*.

Let us help achieve your goals with a mortgage from Malvern a trusted financial partner since 1887.

### Call today for a FREE consultation!
### We are here to help you purchase your dream home!

📞 610-251-2221   ✉ Mortgageat MyMalvernBank.com   🖥 www.MalvernChannel.com

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESTATES AND TRUST | XXXXXXXXXXXXX0133 | $42,823.75 |

---

## ESTATES AND TRUST - XXXXXXXXXXXXXX0133

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/31/2020 | Beginning Balance | $32,872.68 |
| | 4 Credit(s) This Period | $15,319.94 |
| | 10 Debit(s) This Period | $5,368.87 |
| 11/30/2020 | Ending Balance | $42,823.75 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/31/2020 | Beginning Balance | | | $32,872.68 |
| 11/03/2020 | CHECK # 100 | $120.08 | | $32,752.60 |
| 11/06/2020 | DEPOSIT | | $370.45 | $33,123.05 |





Statement Ending 11/30/2020                                   Page 3 of 4

## ESTATES AND TRUST - XXXXXXXXXXXXX0133 (continued)    +6

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/06/2020 | CHECK # 110 | $135.00 | | $32,988.05 |
| 11/10/2020 | CHECK # 106 | $1,109.68 | | $31,878.37 |
| 11/10/2020 | CHECK # 111 | $21.60 | | $31,856.77 |
| 11/12/2020 | VAIN TREAS 310 XXVA INSUR 856579476360003 | | $10,000.00 | $41,856.77 |
| 11/13/2020 | CHECK # 107 | $1,154.30 | | $40,702.47 |
| 11/13/2020 | CHECK # 108 | $800.00 | | $39,902.47 |
| 11/18/2020 | CHECK # 109 | $800.00 | | $39,102.47 |
| 11/24/2020 | DEPOSIT | | $2,324.49 | $41,426.96 |
| 11/24/2020 | DEPOSIT | | $2,625.00 | $44,051.96 |
| 11/24/2020 | CHECK # 114 | $848.00 | | $43,203.96 |
| 11/25/2020 | CHECK # 113 | $105.00 | | $43,098.96 |
| 11/30/2020 | CHECK # 118 | $275.21 | | $42,823.75 |
| 11/30/2020 | Ending Balance | | | $42,823.75 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 103 | 11/03/2020 | $120.05 | 109 | 11/18/2020 | $800.00 | 114 | 11/24/2020 | $848.00 |
| 106* | 11/10/2020 | $1,109.68 | 110 | 11/06/2020 | $135.00 | 118* | 11/30/2020 | $275.21 |
| 107 | 11/13/2020 | $1,154.30 | 111 | 11/10/2020 | $21.60 | | | |
| 108 | 11/13/2020 | $800.00 | 113* | 11/25/2020 | $105.00 | | | |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/03/2020 | $32,752.60 | 11/12/2020 | $41,856.77 | 11/24/2020 | $43,203.96 |
| 11/06/2020 | $32,988.05 | 11/13/2020 | $39,902.47 | 11/25/2020 | $43,098.96 |
| 11/10/2020 | $31,856.77 | 11/18/2020 | $39,102.47 | 11/30/2020 | $42,823.75 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





## MALVERN BANK
### National Association
*since 1887*

42 East Lancaster Avenue
Paoli, PA 19301-0485

RETURN SERVICE REQUESTED

>001617 5686194 0001 072578 107

JOSEPH C WOODWARD ESTATE
PEARL M NUDY
PO BOX 100
BERWYN PA 19312-0100

**Statement Ending 12/31/2020**

Page 1 of 4



### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Address | 42 E. LANCASTER AVE PAOLI · PA 19301 |
| 🖥 | Website | www.MyMalvernBank.com |
| 📱 | Mobile App | Malvern Bank App |
| 👤 | Customer Service | 610-644-9400 |
| ☎ | Telephone Banking | 1-800-204-7437 |



# Shop & Save

Earn cash back with offers
from your favorite stores.

SIGN UP FOR ONLINE OR MOBILE
BANKING TO SEE YOUR DEALS

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESTATES AND TRUST | XXXXXXXXXXXXX0133 | $32,878.51 |

## ESTATES AND TRUST - XXXXXXXXXXXXX0133

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2020 | Beginning Balance | $42,823.75 |
| | 0 Credit(s) This Period | $0.00 |
| | 10 Debit(s) This Period | $9,945.24 |
| 12/31/2020 | Ending Balance | $32,878.51 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2020 | Beginning Balance | | | $42,823.75 |
| 12/01/2020 | WF HOME MORTGAGE CHECKPAYMT 0115 | $2,647.72 | | $40,176.03 |
| 12/01/2020 | CHECK # 116 | $245.00 | | $39,931.03 |





Statement Ending 12/31/2020

48

## ESTATES AND TRUST - XXXXXXXXXXXXX0133 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/03/2020 | CHECK # 119 | $225.00 | | $39,708.03 |
| 12/04/2020 | CHECK # 112 | $300.00 | | $39,408.03 |
| 12/08/2020 | DELUXE CHECK CHECK/ACC | $42.00 | | $39,364.03 |
| 12/18/2020 | CHECK # 122 | $175.00 | | $39,189.03 |
| 12/22/2020 | CHECK # 120 | $537.62 | | $38,651.41 |
| 12/24/2020 | CHECK # 121 | $165.00 | | $38,486.41 |
| 12/29/2020 | CHECK # 126 | $394.00 | | $38,092.41 |
| 12/29/2020 | CHECK # 128 | $5,213.90 | | $32,878.51 |
| 12/31/2020 | Ending Balance | | | $32,878.51 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 112 | 12/04/2020 | $300.00 | 120 | 12/22/2020 | $537.62 | *126* | 12/29/2020 | $394.00 |
| 116* | 12/01/2020 | $245.00 | 121 | 12/24/2020 | $165.00 | 128* | 12/29/2020 | $5,213.90 |
| 119* | 12/03/2020 | $225.00 | 122 | 12/18/2020 | $175.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/01/2020 | $39,931.03 | 12/08/2020 | $39,364.03 | 12/24/2020 | $38,486.41 |
| 12/03/2020 | $39,706.03 | 12/18/2020 | $39,189.03 | 12/29/2020 | $32,878.51 |
| 12/04/2020 | $39,406.03 | 12/22/2020 | $38,651.41 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



# MALVERN BANK
### National Association *since 1887*

42 East Lancaster Avenue
Paoli, PA 19301-0485

**Statement Ending 10/29/2021**

*Page 1 of 4*

49

RETURN SERVICE REQUESTED

>003397 5202779 0001 092578 10Z



JOSEPH C WOODWARD ESTATE
PEARL M NUDY
PO BOX 100
BERWYN PA 19312-0100

**Managing Your Accounts**

| | | |
|---|---|---|
| 🏛 | Address | 42 E. LANCASTER AVE. PAOLI PA 19301 |
| 💻 | Website | www.MyMalvernBank.com |
| 📱 | Mobile App | Malvern Bank App |
| 👤 | Customer Service | 610-644-9400 |
| ▦ | Telephone Banking | 1-800-204-7437 |



## DOWNLOAD OUR MOBILE BANKING APP MBNA2GO!

### WHERE YOU GO, WE GO! 24/7!

*If you need assistance, please call Customer Service at 610.644.9400.*

Message and data rates from carrier and/or provider may apply.

**MALVERN BANK**
*Beyond your Expectations*

Available
App Store
Google Play



---

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESTATES AND TRUST | XXXXXXXXXXXXX0133 | $18,485.50 |

## ESTATES AND TRUST - XXXXXXXXXXXXX0133

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 10/01/2021 | Beginning Balance | $18,485.50 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 10/29/2021 | Ending Balance | $18,485.50 |

**Account Activity**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01/2021 | Beginning Balance | | | $18,485.50 |
| | No activity this statement period | | | |
| 10/29/2021 | Ending Balance | | | $18,485.50 |



Statement Ending 10/29/2021                    Page 3 of 4

## ESTATES AND TRUST - XXXXXXXXXXXXX0133 (continued)

*50*

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





**MALVERN BANK**
National Association *since 1887*

42 East Lancaster Avenue
Paoli, PA 19301-0485

*Statement Ending 11/30/2021*
Page 1 of 4

51

RETURN SERVICE REQUESTED

>001369 6129444 0001 092576 102

JOSEPH C WOODWARD 1 STATE
PEARL M NUDY
PO BOX 100
BERWYN PA 19312-0100

---

**Managing Your Accounts**

| | | |
|---|---|---|
| 🏛 | Address | 42 E. LANCASTER AVE PAOLI PA 19301 |
| 💻 | Website | www.MyMalvernBank.com |
| 📱 | Mobile App | Malvern Bank App |
| 👤 | Customer Service | 610-644-9400 |
| | Telephone Banking | 1-800-204-7437 |





GIFTS CARDS ISSUED BY METABANK", MEMBER FDIC

---

**Summary of Accounts**

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESTATES AND TRUST | XXXXXXXXXXXXX0133 | $18,485.50 |

---

## ESTATES AND TRUST - XXXXXXXXXXXXX0133

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 10/30/2021 | Beginning Balance | $18,485.50 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 11/30/2021 | Ending Balance | $18,485.50 |

**Account Activity**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/30/2021 | Beginning Balance | | | $18,485.50 |
| | No activity this statement period | | | |
| 11/30/2021 | Ending Balance | | | $18,485.50 |

**FDIC**

## ESTATES AND TRUST - XXXXXXXXXXXXX0133 (continued)

52

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0 00 | $0 00 |
| Total Returned Item Fees | $0 00 | $0.00 |



 **MALVERN BANK**
National Association *since 1887*

42 East Lancaster Avenue
Paoli, PA 19301-0485

**Statement Ending 12/31/2021**

Page 1 of 4

RETURN SERVICE REQUESTED

>001372 65190LL 0001 045528 102

JOSEPH C WOODWARD ESTATE
PEARL M NUDY
PO BOX 100
BERWYN PA 19312-0100

---

### Managing Your Accounts

 Address     421 LANCASTER AVE, PAOLI PA 19301

Website     www.MyMalvernBank.com

Mobile App     Malvern Bank App

 Customer Service     610-644-9400

Telephone Banking     1-800-204-7437





MALVERN BANK,
NATIONAL ASSOCIATION
IS DEVOTED TO ENSURING THAT
YOUR PRIVACY IS PROTECTED.

Please review our Privacy Policy
located directly on the website at
https://mymalvernbank.com/site/privacy_security.html

 **MALVERN BANK**
*Beyond your Expectations*

@MyMalvernBank

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESTATES AND TRUST | XXXXXXXXXXXXX0133 | $18,485.50 |

## ESTATES AND TRUST - XXXXXXXXXXXXX0133

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2021 | Beginning Balance | $18,485.50 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 12/31/2021 | Ending Balance | $18,485.50 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2021 | Beginning Balance | | | $18,485.50 |
| | No activity this statement period | | | |
| 12/31/2021 | Ending Balance | | | $18,485.50 |



## ESTATES AND TRUST - XXXXXXXXXXXXX0133 (continued)          5-4

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



 **MALVERN BANK**
National Association *since 1887*
42 East Lancaster Avenue
Paoli, PA 19301-0485

**Statement Ending 01/31/2022**
Page 1 of 4

RETURN SERVICE REQUESTED
>001345 6881950 0001 092578 107

JOSEPH C WOODWARD ESTATE
PEARL M NUDY
PO BOX 100
BERWYN PA 19312-0100

## Managing Your Accounts

 Address    42 E. LANCASTER AVE.
                    PAOLI PA 19301

 Website    www.MyMalvernBank.com

Mobile App    Malvern Bank App

Customer
Service    610-644-9400

Telephone
Banking    1-800-204-7437

# Sign Up for
# Online Statements!

// Secure 24/7 access
// Alerts when your statement is ready
// Up to 18 months of statement history
// Reduced risk of identity theft

Sign on to Online Banking and enroll today.
www.MyMalvernBank.com



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESTATES AND TRUST | XXXXXXXXXXXXX0133 | $18,485.50 |

## ESTATES AND TRUST - XXXXXXXXXXXXX0133

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/01/2022 | Beginning Balance | $18,485.50 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 01/31/2022 | Ending Balance | $18,485.50 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/01/2022 | Beginning Balance | | | $18,485.50 |
| | No activity this statement period | | | |
| 01/31/2022 | Ending Balance | | | $18,485.50 |

 FDIC

## ESTATES AND TRUST - XXXXXXXXXXXXX0133 (continued)

Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |



2/9/22, 9:34 PM

57

Malvern Bank, National Association

02/09/2022 09:34 PM

## ESTATES AND TRUST *0133

Available** **$18,485.50**

Current **$18,485.50**

### Jan 1, 2022 - Jan 31, 2022 Custom

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|

There are no transactions within this date range.

** This balance may include overdraft or line of credit funds.



Table 1

*58*

| Date: 2020 | Check # | Payee | Deposit | Amount | Balance |
|---|---|---|---|---|---|
| Oct. 1 | New Account | | $  21,641.99 | | $      21,641.99 |
| Oct.2 | Debit/Withdrawal | Alleva Funeral Home | | $    (9,025.00) | $      12,616.99 |
| Oct. 13 | | | $          1.88 | | |
| Oct. 13 | | | $       300.00 | | |
| Oct. 13 | | | $     1,350.00 | | |
| Oct. 13 | | | $   12,765.76 | | $      27,034.63 |
| Oct.14 | 101 | Charles Sellers / Lawn Care | | $       (286.20) | |
| Oct. 18 | 102 | Berwyn Fire Company / Ambulance | | $       (270.00) | |
| Oct. 18 | 103 | Easttown Twp. Serer Rental | | $       (120.80) | |
| Oct.16 | 104 | Aqua Water Company | | $         (55.47) | |
| Oct. 28 | 105 | Charles Stead / Storage and Cleanup | | $       (500.00) | |
| Nov. 1 | 106 | USAA / HomeOwners Ins. | | $    (1,109.68) | |
| Nov. 5 | 107 | Diane Saeli / Reimbursement | | $    (1,154.30) | |
| Nov. 5 | 108 | Diane Saeli / Reimbursement Buriel Costs | | $       (800.00) | |
| Nov. 5 | 109 | Judith Pandori / Reimbursement Buriel | | $       (800.00) | |
| Nov. 6 | 110 | Pearl Nudy / Reimbursement of Expenses | | $       (135.00) | |
| Nov. 5 | 111 | Aqua Water Company | | $         (21.60) | |
| Nov. | 112 | Commonwealth of PA | | $       (300.00) | |
| Nov. 20 | 113 | Nudy Landscaping /grass cutting 3 x | | $       (105.00) | |
| Nov. 21 | 114 | Pearl Nudy / Reimbursement of Expenses | | $       (848.00) | |
| Nov. | 115 | Wells Fargo / Home Mortgage | | $    (2,647.72) | |
| Nov. 24 | 116 | Class A Contracting / Debris removal | | $       (245.00) | |
| Nov. 24 | 117 | Betty Fenelley / R.E. Services provided | | $       (500.00) | |
| Nov. 25 | 118 | John Schrems / Handyman: Heater Vents | | $       (275.21) | |
| Nov. 29 | 119 | Timothy Off Heating & A.C. / Stove repair | | $       (225.00) | |
| Dec. 15 | 120 | P.E.C.O. | | $       (537.62) | |
| Dec. 15 | 122 | Pearl Nudy / Lease prep and admin | | $       (175.00) | |
| Dec. 28 | 123 | Aqua Water Company | | $         (43.69) | |
| Dec. | 124 | Wells Fargo / Home Mortgage | | $    (1,160.70) | |
| Dec. 28 | 125 | Easttown Twp. Trash Disposal | | $       (192.80) | |
| Dec. 29 | 126 | Pearl Nudy / Reimbursement for Ott Inv. | | $       (394.00) | |
| Date:  2021 | | | | | |
| Jan. 3 | 127 | Easttown Twp. Sewer Rental | | $       (120.08) | |
| Jan. 3 | 128 | Pearl Nudy / Reimbursement of Probate | | $    (5,213.90) | |
| Jan. 3 | 129 | Ashley Bruder / Tenant | | $         (79.47) | |
| Jan. 5 | 130 | P.E.C.O. | | $         (49.65) | |
| Jan. 21 | 131 | Aqua Water Company | | $           (3.67) | |

59

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 132 | Masciantonio / Plumbing | | $ | (209.25) |
| Jan. 21 | | 133 | Easttown Twp. Trash Disposal | | $ | (192.80) |
| Jan. 5 | | 134 | Appliance Doctor / Stove repairs | | $ | (189.04) |
| Feb. 3 | | 135 | USAA / HomeOwners Ins. | | $ | (537.34) |
| Feb. 3 | | 136 | Wells Fargo / Home Mortgage | | $ | (1,160.70) |
| Mar. 3 | | 137 | Main Line Health - Ambulance transport | | $ | (270.00) |
| Mar. 3 | | 138 | Easttown Twp. Serer Rental | | $ | (126.08) |
| Mar. 3 | | 139 | Wells Fargo / Home Mortgage | | $ | (1,160.70) |
| Mar. 3 | | 140 | USAA / HomeOwners Ins. | | $ | (1,094.72) |
| Mar. 3 | | 141 | Pearl Nudy / Reimbursement of Expenses | | $ | (366.20) |
| | | 142 | Wells Fargo / Home Mortgage | | $ | (1,160.70) |
| 4/2/2022 | | 143 | Registrar of Wills - Agent for Tax Return | | $ | (18,255.97) |
| Mar 30 | | 144 | Pearl Nudy / Preparation of Return | | $ | (1,500.00) |
| Mar. 30 | | 145 | Pearl Nudy / Reimbursement of Expenses | | $ | (260.40) |
| April 27 | | 146 | Pearl Nudy / Reimbursement of Expenses | | $ | (338.00) |
| May 1 | | 147 | Bruders / Return Security Deposot | | $ | (875.00) |
| May 2 | | 148 | Wells Fargo / Home Mortgage | | $ | (1,160.70) |
| June 8 | | 149 | Ace Locks | | $ | (250.00) |

60

Diane R. Saeli
~~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~~
~~000~~
40
8
.77 577.15  pl
ax
19468

877-987-2782

000188701  188
701
Joseph Woodward

197.45 amount
2.95

26 Waterloo Avenue
Berwyn, PA. 19312

000188701 0188701

176.75

200.20  total
tax
#8386005

---

**CUSTOMER'S ORDER NO.** | **DEPARTMENT** | **DATE**

NAME

ADDRESS

CITY, STATE, ZIP

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | 1154.30 |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | #107 | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |

RECEIVED BY

**KEEP THIS SLIP FOR REFERENCE**

61

| CUSTOMER'S ORDER NO. | DEPARTMENT | | DATE | | |
|---|---|---|---|---|---|
| NAME | | | | | |
| ADDRESS | | | | | |
| CITY, STATE, ZIP | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| RECEIVED BY | | | |

A-3A
T-46320/16360

**KEEP THIS SLIP FOR REFERENCE**

01-11

10/24/2020                          Online Banking | Citizens Bank

Online Banking | Citizens Bank

62

# Check Image

KEVIN E SAELI                                    3-7615/360              123
610-831-1468
58 LLEWELLYN LN.
ROYERSFORD, PA 19468-3709              DATE July 25, 2020

PAY TO THE
ORDER OF  Green Mount Cemetery              | $ 800.00

eight hundred dollars                        XX/100  DOLLARS

**Citizens Bank**

MEMO Jay's Funeral                    Diane Saeli

568013

63

| CUSTOMER'S ORDER NO. | | DEPARTMENT | | DATE 10/11/2020 | | |
|---|---|---|---|---|---|---|
| NAME *The Estate Jas. C. Woodward* | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | 4 Gun Transfers | | |
| 3 | | | |
| 4 | @ $42. each | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | $ 168.00 | | |
| 10 | | | |
| 11 | | | |
| 12 | *Gerald M. Nudy,* | | |
| 13 | *F.F.L.* | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

RECEIVED BY

A-5805
T-46320/46250

**KEEP THIS SLIP FOR REFERENCE**

01-19

10/30/2020                                              MuniciPAY

TRANSACTION SUMMARY                                    Printed: 10/30/2020 10:29:57 EDT
                                                        TRANSACTION TYPE: SALE
PAYMENT ITEM                      REFERENCE NUMBER               AMOUNT
MuniciPay*Service Fee Chester County                            $2.25
Register of Wills Fees                                        $100.00
                                                Total:        $102.25

Transaction Number:                                      20304376940660966
Date Processed:                                          10/30/2020 10:29:53 EDT
Transaction Type:                                              CREDIT CARD
Card Type:                                                       VISA
Card Number:                                              ***********0184
Cardholder Name:                                              PEARL NUDY

Chester Co. - Register of Wills
201 W market Street
Suite 2200
West Chester, PA 19380
(610) 344-6335

Authorization:                                                   085975
Reference Number:                                            A633988009

Register of Wills Fees                                         $100.00
Total:                                                         $100.00

I agree to pay above total amount according to the card issuer agreement & understand this convenience fee
will be charged to allow my payment via credit card.
Signature:

## MuniciPay*Service Fee

MuniciPay*Service Fee Chester County
511 Congress Street
Suite 503
Portland, ME 04101
(877) 590-5097

Authorization:                                                   086125
Reference Number:                                            A633988109

MuniciPay*Service Fee Chester County                            $2.25
Total:                                                           $2.25

I agree to pay above total amount according to the card issuer agreement & understand this service fee
will be charged to allow my payment via credit card.
Signature:
Thank You



65

568019

Apil # 114
11/24/2020      $848

568032

REGISTER OF WILLS
CLERK OF THE ORPHANS' COURT
CHESTER COUNTY JUSTICE CENTER
201 W. MARKET STREET, SUITE 2200
PO BOX 2746
WEST CHESTER, PA 19380-0989

66

| | | | | |
|---|---|---|---|---|
| Receipt Type | **Case** | Outstanding Amount | | 0.00 |
| Receipt Number | 329470 | Receipt Date | | 10/30/2020 |

Case Number  **1520-1673**

Description   **WOODWARD, JOSEPH C. , DECEASED**
**FIDUCIARY(S): NUDY, PEARL M.**

Received From   **PEARL NUDY**

On Behalf Of   **WOODWARD, JOSEPH C.**

**Itemized Listing:**

| Description | Amount |
|---|---|
| SHORT CERTIFICATE(S) | 100.00 |

| Receipt Payments | Amount | Reference Description |
|---|---|---|
| Credit Card | 100.00 | 0184 |

| | | |
|---|---|---|
| Total Received | 100.00 | |
| Net Received | 100.00 | |
| Change | 0.00 | |

Comments

| Deputy Clerk | SRN | Transaction Date | 10/30/2020 |
|---|---|---|---|
| | | | 10:38:23.00 |

568049

67

| QUANTITY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| CUSTOMER'S ORDER NO. | DEPARTMENT | | DATE 03/03/2021 | |
| NAME Pearl & Judy | | | | |
| ADDRESS | | | | |
| CITY, STATE, ZIP | | | | |

| | SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 1 | | | | |
| 2 | ✓ #141 | | | |
| 3 | | | | |
| 4 | Jan. - house administration | | | |
| 5 | | 175 00 | | |
| 6 | Fed. - house administration | | | |
| 7 | | 175 00 | | |
| 8 | | | | |
| 9 | travel mileage | | | |
| 10 | 30 miles @ 54¢ | 16 20 | | |
| 11 | | | | |
| 12 | Clean bathrooms | | | |
| 13 | mop floors | | | |
| 14 | manage snow/removal | $ 366 20 | | |
| 15 | follow up w/ tenants | | | |
| 16 | yard clean up | | | |
| 17 | rubbish removal - garage | | | |
| 18 | | | | |
| RECEIVED BY | | | | |

A-5005
T-4520/4535U

**KEEP THIS SLIP FOR REFERENCE**

01-11



**Timothy Off Heating & Air Conditioning, Inc.**
835 Lincoln Avenue, Unit A1 · West Chester, PA 19380
Phone: 610.701.9020 · Fax: 610.701.9030
www.timothyoffheating.com

68

**Work Order: 70820**

Date: 12/2/2020  Technician: Douglas Wilson  Tech #: 10  Customer Name: Nudy, Pearl

Street Address: 26 Waterloo Ave

City: Berwyn  State: PA  Zip: 19312

Home Phone:   Cell Phone: 610-908-5854  Other Phone:

E-Mail: Pearlnudy@comcast.net  Reason for Call: PLUMB

Call Type:   Contract #:

Dispatched: 12/2/2020  Arrived: 12/2/2020  Completed: 12/2/2020  Status: Call Completed

## EQUIPMENT

| Equipment | Brand | Model # | Serial # | Age | Installed | Last Inspected | Notes |
|---|---|---|---|---|---|---|---|

## RECOMMENDATIONS

| Recommendation | Retail | PSP |
|---|---|---|
| 50 Gal Natral Draft (RG250T6N) | $1,990.00 | $1,691.00 |
| Amtrol Expansion Tank Replacement ST-5 | $222.00 | $188.00 |

## REPAIR ORDER

| Qty | Category | Repair Code | Description | Actual Repair Time | Notes | Retail | PSP | PSP Savings |
|---|---|---|---|---|---|---|---|---|
| 1 | Plumbing | 0001 0030 | Plumbing Dispatch Fee | 0.00 | | $75.00 | $75.00 | $0.00 |
| 1 | Plumbing | 0001 0150 | Additional Diagnostic Fee Level 2 | 0.00 | | $122.00 | $122.00 | $0.00 |
| | | | | | Sub Total | $197.00 | $197.00 | $0.00 |

All repairs and parts that are purchased through Timothy Off Heating & Plumbing come with a five year parts and labor warranty.

## NOTES

*reimbursed ✓ # 126    $394.00*

69

Woodward Estate

| Paid by Pearl Nudy - to be reimbursed | | | |
|---|---|---|---|
| Petition for Citation | | | $605.25 |
| Freitick / Clean-out and Haul away | | | $550.00 |
| Rev. Tim Thomson /Graveside  Service | | | $400.00 |
| Cost of Estate Sale: | | | $2,300.00 |
| Helping Hands, Cleanup, Food, Advertising, cash exchange | | | |
| Verizon:  phone & cable | | | $303.80 |
| Estate Bond | | | $200.00 |
| Filing of Bond with Registar of Wills | | | $20.00 |
| Title Report from Weichert | | | $75.00 |
| The Home Depot - supplies on receipt | | | $65.95 |
| Gun Transfers @ $42 each x 4 | | | $168.00 |
| Certified Notices x 2 @ $6.95 each | | | $13.90 |
| Petition for Citation to brandon Woodward | | | $125.25 |
| Public Notice: Daily Local News | | | $126.75 |
| Clean-out and removal of trash / Pecora | | | $110.00 |
| Cleaning Service: Kathy Snyder | | | $150.00 |
| | Dec 24 | 12 | $5,213.90 |
| | | | |
| | | | |
| | | | |
| | | | |



70

**568024**

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1. | Courthouse : 02/29 | | |
| | Q.T. : 2082 = Member | 575.6 | 23.00 |
| | parking | | 4.00 |
| 2. | Courthouse : 03/12 | | |
| | Q.T. 2082 = Member | | 23.00 |
| | parking | | 4.00 |
| 3. | Courthouse : 04/28 | | |
| | Q.T. 2082 = Member | | 23.00 |
| | parking | | 4.00 |
| 4. | Courthouse : 05/10 | | |
| | Q.T. 2082 = Member | | 23.00 |
| | parking | | 4.00 |

NAME Estate of Joseph C. Woodward

KEEP THIS SLIP FOR REFERENCE

**568028**

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5. | Courthouse : 9/22 | | |
| | Q.T. 2082 = Member | | 23.00 |
| | parking | | 4.00 |
| | Out of pocket expense | | |
| | | | $135.00 |
| | | | |
| | 1#110 | | |

NAME Estate of Joseph C. Woodward

KEEP THIS SLIP FOR REFERENCE

71

**DEPOSITED WITH**



**MALVERN BANK**
National Association
*Beyond your Expectations*
MyMalvernBank.com

THIS IS YOUR RECEIPT.

WHEN MAKING A DEPOSIT AT A FINANCIAL SERVICE
REPRESENTATIVE'S WINDOW, ALWAYS OBTAIN AN
OFFICIAL RECEIPT

*(illegible terms text)*

01.05.2021                     4:50 Pm

MWA Deposit  1,450.00

Avail the Balance  i....

*Thank You For Choosing Malvern Bank, National Association*

Member **FDIC**

---

**DEPOSITED WITH**



**MALVERN BANK**
National Association
*Beyond your Expectations*
MyMalvernBank.com

THIS IS YOUR RECEIPT.

WHEN MAKING A DEPOSIT AT A FINANCIAL SERVICE
REPRESENTATIVE'S WINDOW, ALWAYS OBTAIN AN
OFFICIAL RECEIPT.

01/29/2021                     2:55 PM

Account  TCCSX-0177

Available Balance  $...

*Thank You For Choosing Malvern Bank, National Association*

Member **FDIC**

---

**DEPOSITED WITH**



**MALVERN BANK**
National Association
*Beyond your Expectations*
MyMalvernBank.com

THIS IS YOUR RECEIPT.

WHEN MAKING A DEPOSIT AT A FINANCIAL SERVICE
REPRESENTATIVE'S WINDOW, ALWAYS OBTAIN AN
OFFICIAL RECEIPT.

03/04/2021                     1:39 Pm

Account  X233  7133

MWA Deposit  1,450.00

Available Balance  $1,457.04

*Thank You For Choosing Malvern Bank, National Association*

Member **FDIC**

---

**DEPOSITED WITH**



**MALVERN BANK**
National Association
*Beyond your Expectations*
MyMalvernBank.com

THIS IS YOUR RECEIPT.

WHEN MAKING A DEPOSIT AT A FINANCIAL SERVICE
REPRESENTATIVE'S WINDOW, ALWAYS OBTAIN AN
OFFICIAL RECEIPT.



MWA Deposit  1,450.00

*Thank You For Choosing Malvern Bank, National Association*

Member **FDIC**

72



**THIS IS YOUR RECEIPT.**

WHEN MAKING A DEPOSIT AT A FINANCIAL SERVICE REPRESENTATIVES WINDOW, ALWAYS OBTAIN AN OFFICIAL RECEIPT.

Thank You For Choosing Malvern Bank, National Association

**COLONIAL HYUNDAI of DOWNINGTOWN, LLC.**
4423 W. Lincoln Highway   DOWNINGTOWN, PA 19335
Phone: (610) 873-9000   Fax: (610) 873-9200

73

PURCHASER _____   PHONE _____   DATE _____
ADDRESS _____   CITY _____   COUNTY _____   STATE ___ ZIP ___

SALESMAN ____ DATE ____ | PLEASE ENTER MY ORDER FOR ONE | ☐ NEW ☐ USED ☐ CAR ☐ TRUCK ☐ RV/MD MILES

MOTOR SERIAL NO.  1FT _ _ _ ADG _ _ KB22 71   TRADING NO. _____

CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY)
THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

INS POL. NO. _____   CODE _____   PH. NO _____

CASH DELIVERED PRICE OF UNIT _____ $

FACTORY PROGRAM VEHICLES, DAILY RENTALS
OR OFF-LEASE VEHICLES
INITIAL HERE ➝

TOTAL FORWARD TO RIGHT COLUMN   ▲ $

USED CAR TRADE-IN AND/OR OTHER CREDITS

| MAKE OF TRADE-IN | | MILEAGE |
| YEAR | MODEL | BODY |
| VIN (SERIAL NO.) | | |
| FINANCED | PAY OFF | EXP DATE |
| FINANCE OWED TO | | POWER |
| ADDRESS | | |
| PHONE | STATE | |
| ACCOUNT # | | VERIFIED BY |
| USED CAR WHOLESALE VALUE | | |
| BALANCE OWED ON TRADE IN | | $ |
| NET ALLOWANCE FOR TRADE-IN | | $ |

COLLISION COVERAGE

| NAME OF INSURED | | PHONE |
| AGENT NAME | | |
| POLICY NO. | | YEAR/MAKE/MODEL/TITLE |
| INSURANCE CO | | EFFECTIVE DATE |
| EFFECTIVE DATE | | EXPIRES ON |

If you cancel this purchase agreement or refuse to take delivery of the vehicle ordered, except as permitted by law, you shall, at our option, forfeit as damages.
Purchaser hereby acknowledges the above clause.
Customer's Signature _____

☐ "AS IS" THE MOTOR VEHICLE IS SOLD "AS IS" WITHOUT ANY WARRANTY EITHER EXPRESS OR IMPLIED. THE PURCHASER WILL BEAR THE ENTIRE EXPENSE OF REPAIRING OR CORRECTING ANY DEFECTS THAT PRESENTLY EXIST OR THAT MAY OCCUR IN THE VEHICLE.

CUSTOMER'S SIGNATURE _____

| BALANCE FORWARD FROM LEFT COLUMN | $ 20,___ |

| CASH SALE PRICE OF DESCRIBED VEHICLE | $ |
| SERVICE CONTRACT | |
| ROAD HAZARD | |
| MAINTENANCE | |
| TOTAL CASH PRICE | |
| ALLOWANCE FOR TRADE-IN | |
| PRE-DELIVERY SERVICE CHARGE* | |

*These charges represent costs and profits to the dealer for items such as delivery inspection, cleaning and adjusting vehicles.

| BALANCE DUE | |
| SALES TAX | |
| PAYOFF | 73,___ |
| PA TIRE TAX | |
| LICENSE, TITLE, REGISTRATION, ENCUMBRANCE FEE | |
| DOCUMENTARY FEE | |
| NOTARY FEE | |
| MESSENGER SERVICE / ON LINE REG FEE | |
| TOTAL CASH DUE | |
| DEPOSIT PAID | |
| BAL | |
| GAP COVERAGE FEE | |
| CASH DUE AT DEL | |
| BALANCE DUE | $ ___ |

THERE ARE NO WARRANTIES EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTY OR MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, MADE BY THE SELLER HEREIN. THE MANUFACTURER OF THE VEHICLE OR CHASSIS DELIVERED ON THE SALE HEREOF EXCEPT IN THE CASE OF A NEW VEHICLE OR CHASSIS, THE PRINTED NEW VEHICLE WARRANTY DELIVERED TO PURCHASER WITH SUCH VEHICLE OR CHASSIS AND HEREBY MADE A PART HEREOF FULLY SET FORTH PROVIDES THAT ANY WARRANTY BEING MADE IN SUCH NEW VEHICLE OR CHASSIS AND IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN THE CASE OF A USED VEHICLE OR CHASSIS, THE APPLICABILITY OF AN EXISTING MANUFACTURER'S WARRANTY THEREON IF ANY SHALL BE DETERMINED SOLELY BY THE TERMS OF SUCH WARRANTY. NO SALESPERSON FOR COPY OF COMPLETE WARRANTY.

THIS CONTRACT IS NOT BINDING UPON EITHER THE DEALER OR THE PURCHASER UNTIL SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. YOU THE BUYER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND ANY TIME BEFORE RECEIPT OF A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE BY GIVING WRITTEN NOTICE OF CANCELLATION TO DEALER...

I CERTIFY THAT I AM 18 YEARS OF AGE OR OLDER, AND HEREBY ACKNOWLEDGE A COPY OF THIS ORDER.

DEALER'S AUTHORIZED SIGNATURE _____ DATE _____   CUSTOMER'S SIGNATURE _____ DATE _____

74

**COLONIAL**
**HYUNDAI • GENESIS**
4423 W. Lincoln Hwy.
Downtown, PA 18335
Phone: (610) 673-9000
Fax: (610) 673-9200



1010 CASH IN BANK N & 7

| DATE | CHECK |
|---|---|
| 10/09/2020 | 17006097 |

| AMOUNT |
|---|
| $ 6,350.76 |

*Pay  Six Thousand, Three Hundred Fifty Dollars and Seventy-Six Cents*

TO
THE     **JOSEPH WOODWARD JR**
ORDER
OF

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⌐0 ⎯⎯70⎯⎯⎯⎯⎯                                    0 6 ⎯⎯ 7 7 8 5⌐

75

DEPOSITED WITH



**MALVERN BANK**
NATIONAL ASSOCIATION                                    MEMBER FDIC

*Beyond your Expectations*

MyMalvernBank.com

Colonial
Hyundai

THIS IS YOUR RECEIPT.

WHEN MAKING A DEPOSIT AT A FINANCIAL SERVICE
REPRESENTATIVES WINDOW, ALWAYS OBTAIN AN
OFFICIAL RECEIPT.



Please ask the customer representative for the institution
of the check. Contact your Customer Service Representative.

12/13/2023

Available Balance

*Thank You For Choosing Malvern Bank, National Association.*    Member
FDIC

76

COLONIAL HYUNDAI OF
DOWNINGTOWN LLC
4423 W LINCOLN HWY
DOWNINGTOWN, PA 19335-2228

4762

DATE 10/9/20

PAY
TO THE
ORDER OF  Estate of Joseph Wadworth Jr                    $ 6415.00

Six Thousand Four Hundred Fifteen dollars    100/00    DOLLARS

PNCBANK
PNC Bank, N.A.   U.B.

FOR

⑈004762⑈ ⑈0⑈⑈

2002 Harley Davidson mc          4500

1997 Honda Truck                 1500

                                 6,000 00

5 pocket watches                 405.00

3 pipe lighter                   10 00

                                 6415.

John Ashdale
"Cue Cgue"

77

TD BANK OVERDRAFT LITIGATION
PO BOX 4199
PORTLAND OR 97208-4199



'37000811731/0"
000 0005812 C00U0000 0001 0001 05812 1NS: 0 0
JC WOODWARD
26 WATERLOO AVE
BERWYN PA 19312-1731

| | |
|---|---|
| CHECK DATE: | APRIL 21, 2020 |
| CHECK NUMBER. | 52125 |
| CHECK AMOUNT: | $1.88 |
| TRACKING NUMBER. | 1430684 |
| CLAIM NUMBER: | 800050953 |

AA126' v03

This check has been issued pursuant to the terms of the Settlement in the class action known as *IN RE: TD BANK, N.A. DEBIT CARD OVERDRAFT FEE LITIGATION*, Case No. 6:15-mn-02613-BHH. You either (a) submitted a claim for a Settlement Payment, and the Settlement Administrator has determined it was timely and valid, (b) were automatically entitled to a Settlement Payment pursuant to the terms of the Settlement, or, in some cases, both. The amount printed on the check is the full amount to which you are entitled based upon the terms of the Settlement.

The enclosed check is only valid for **180 days** from the issue date. Please deposit promptly.

If you have any questions about your award, please contact the Settlement Administrator at 1-877-588-5722 or P.O. Box 6006, Portland OR 97208-6006.







79

TD BANK OVERDRAFT LITIGATION
PO BOX 4199
PORTLAND OR 97208-4199

The Huntington National Bank

CHECK NUMBER
52125

DATE
04/21/2020

Void if not negotiated within one hundred eighty (180) days of date of issue

PAY EXACTLY ********* ONE AND 88/100 DOLLARS

AMOUNT
$1.88

PAY TO THE ORDER OF:
JC WOODWARD

This check may not be cashed at a check cashing
agency or money service business.

Authorized Signature

DEPOSITED WITH


**MALVERN BANK**
Beyond your Expectations

THIS IS YOUR RECEIPT.

WHEN MAKING A DEPOSIT AT A FINANCIAL SERVICE
REPRESENTATIVES WINDOW, ALWAYS OBTAIN AN
OFFICIAL RECEIPT

Thank You For Choosing Malvern Bank, National Association

Member
FDIC

80

**CHECKING DEPOSIT**   CASH ►

Date 10 | 12 | 2020
Deposits may not be available for immediate withdrawal
Name Woodward ESTATE
Address

Acknowledge Receipt of Cash Returned By Buying Above.

3-7615   9 0 0 —
60-7267   4 5 0 —

TOTAL FROM
OTHER SIDE ►

SUB TOTAL ►

LESS CASH
RECEIVED ►

6 1 3 3   NET $
DEPOSIT   1 3 5 0 . —

⑆5300 1000 7⑆         009

---

KEVIN E. SAELI
DIANE R. SAELI
58 LLEWLYYN LN.
ROYERSFORD, PA 19468-3709                    583
                                             3-7615/389
Date 10 | 11 | 20                            511

Pay to the
order of  Estate of Joseph C Woodward   900.00

nine hundred                        00/100 Dollars

CITIZENS BANK                    Citizens Circle Account
Pennsylvania

For                          Diane Saeli
⑆03607⑆          ⑈⑆   0583

---

PETER F SENA
62 LLEWELLYN LANE
ROYERSFORD, PA 19468              60-728/2313         225

                                 DATE 10·11·2020

PAY TO THE
ORDER OF  Estate of Joseph C Woodward  $ 450.00

Four Hundred Fifty Dollars          DOLLARS

Santander®

Santander Bank, N.A.

MEMO Savage 12 gauge              Peter F Sena

81

CASSANDRA E FENNELLY
JAMES P FENNELLY, POA
111B NEW JERSEY AVE
WEST CHESTER, PA 19380-3824

3-7615/360                                409

DATE 10/9/2020

PAY TO THE
ORDER OF *Pearl Wody ASM* _____ $ 300.00

*Three Hundred* _____ DOLLARS

**Citizens Bank**

MEMO *Pocket Watch*                    ~willy

*Redwood Regulator Pocket Watch*

DEPOSITED WITH


**MALVERN BANK**
National Association
*Beyond your Expectations*

THIS IS YOUR RECEIPT. 
WHEN MAKING A DEPOSIT AT A FINANCIAL SERVICE
REPRESENTATIVES WINDOW, ALWAYS OBTAIN AN
OFFICIAL RECEIPT.

10/13/2020
3rd    5 Clrk 302 Seq#    10
Account X#XXXXA5135
CDA Deposit 350.00

*Thank You For Choosing Malvern Bank, National Association*

Member
**FDIC**

**Jana Rotunno**                                                                        82

| | |
|---|---|
| **From:** | Denice Ohman |
| **Sent:** | Thursday, January 5, 2023 10:56 AM |
| **To:** | 'PearlNudy@comcast.net' |
| **Cc:** | Danielle Yacono; John McCaul |
| **Subject:** | Woodward Estate - information and documents needed for accounting |
| **Attachments:** | CHECKING ACCOUNT LEDGER AND SCHEDULE E OF THE PA INHERITANCE TAX RETURN - WOODWARD ESTATE (03481464x9DAE0).pdf |

Dear Pearl:

I am a paralegal at the law firm of Hamburg, Rubin, Mullin, Maxwell & Lupin assisting Danielle Yacono and John McCaul with the Woodward Estate of which you were the prior Administrator.

I have been tasked with preparing an accounting of your term as Administrator of the Estate. In order to prepare a complete and accurate accounting we need several items from you and explanations of various expenditures and deposits. Accordingly, attached are the following:

1. A copy of the checkbook ledger you provided – please note the red starred items and notations in the column requesting information. There are also notes on page 2 listing statements/information that you need to provide.
2. A copy of Schedule E of the PA Inheritance Tax Return – please provide us with the status of the items 4-8 on that schedule.

The requested information should be sent to Danielle Yacono at the law firm address below.

Your attention and help in this matter is greatly appreciated.

Denice Ohman



Denice M. Ohman, Paralegal
Hamburg, Rubin, Mullin, Maxwell & Lupin, PC
375 Morris Road, PO Box 1479
Lansdale, PA 19446-0773
Cell 215-527-0972; Fax 215.661.0315
DOhman@HRMML.com; HRMML.com

🌳 Please consider the environment before printing this e-mail

*The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. Please call us immediately at 215-661-0400 if this is received in error.*

8                                                                    8 3

# WOODWARD

| Table 1 | | | | | |
|---|---|---|---|---|---|
| Date: 2020 | Check # | Payee | Deposit | Amount | Balance |
| Oct. 1 | New Account | *need Detail ∂ Deposit* | $ 21,641.99 | | $ 21,641.99 |
| Oct.2 | Debit/Withdrawal | Alleva Funeral Home | | $ (9,025.00) | $ 12,616.99 |
| Oct. 13 | | *NEED DETAIL* | $ 1.89 | | |
| Oct. 13 | | *OF* | $ 300.00 | | |
| Oct. 13 | | *THESE DEPOSITS* | $ 1,350.00 | | |
| Oct. 13 | | | $ 12,765.76 | | $ 27,034.63 |
| Oct.14 | 101 | Charles Sellers / Lawn Care | | $ (288.20) | |
| Oct. 18 | 102 | Berwyn Fire Company / Ambulance | | $ (270.00) | |
| Oct. 18 | 103 | Easttown Twp. Serer Rental | | $ (120.80) | |
| Oct.18 | 104 | Aqua Water Company | | $ (55.47) | |
| Oct. 28 | 105 | Charles Stead / Storage and Cleanup | | $ (500.00) | |
| Nov. 1 | 106 | USAA / HomeOwners Ins. | | $ (1,109.68) | |
| Nov. 5 | 107 | Diane Saeli / Reimbursement | | $ (1,154.30) | *Detail needed* |
| Nov. 5 | 108 | Diane Saeli / Reimbursement Burial Costs | | $ (800.00) | *explain* |
| Nov. 5 | 109 | Judith Pandori / Reimbursement Burial Costs | | $ (800.00) | *Burial Costs* |
| Nov. 6 | 110 | Pearl Nudy / Reimbursement of Expenses | | $ (135.00) | *detail needed* |
| Nov. 5 | 111 | Aqua Water Company | | $ (21.60) | |
| Nov. | 112 | Commonwealth of PA | | $ (300.00) | |
| Nov. 20 | 113 | Nudy Landscaping /grass cutting 3 x | | $ (105.00) | |
| Nov. 21 | 114 | Pearl Nudy / Reimbursement of Expenses | | $ (848.00) | *detail needed* |
| Nov. | 115 | Wells Fargo / Home Mortgage | | $ (2,647.72) | |
| Nov. 24 | 116 | Class A Contracting / Debris removal | | $ (245.00) | |
| Nov. 24 | 117 | Betty Fenelley / R.E. Services provided | | $ (500.00) | |
| Nov. 25 | 118 | John Schrems / Handyman: Heater Vents | | $ (275.21) | |
| Nov. 29 | 119 | Timothy Off Heating & A.C. / Stove repair | | $ (225.00) | |
| Dec. 15 | 120 | P.E.C.O. | | $ (537.62) | |
| Dec. 15 | 122 | Pearl Nudy / Lease prep and admin | | $ (175.00) | |
| Dec. 28 | 123 | Aqua Water Company | | $ (43.69) | |
| Dec. | 124 | Wells Fargo / Home Mortgage | | $ (1,160.70) | |
| Dec. 28 | 125 | Easttown Twp. Trash Disposal | | $ (192.80) | |
| Dec. 29 | 126 | Pearl Nudy / Reimbursement for Ott Inv. | | $ (394.00) | *need detail* |
| Date: 2021 | | | | | |
| Jan. 3 | 127 | Easttown Twp. Sewer Rental | | $ (120.08) | |
| Jan. 3 | 128 | Pearl Nudy / Reimbursement of Probate Costs | | $ (5,213.90) | *detail* |
| Jan. 3 | 129 | Ashley Bruder / Tenant | | $ (79.47) | |
| Jan. 5 | 130 | P.E.C.O. | | $ (49.65) | |
| Jan. 21 | 131 | Aqua Water Company | | $ (3.67) | |
| | 132 | Masciantonio / Plumbing | | $ (209.25) | |
| Jan. 21 | 133 | Easttown Twp. Trash Disposal | | $ (192.80) | |
| Jan. 5 | 134 | Appliance Doctor / Stove repairs | | $ (189.04) | |
| Feb. 3 | 135 | USAA / HomeOwners Ins. | | $ (537.34) | |
| Feb. 3 | 136 | Wells Fargo / Home Mortgage | | $ (1,160.70) | |
| Mar. 3 | 137 | Main Line Health - Ambulance transport | | $ (270.00) | |

1

8 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar. 3 | | | 138 | Easttown Twp. Serer Rental | $ (126.08) | |
| Mar. 3 | | | 139 | Wells Fargo / Home Mortgage | $ (1,160.70) | |
| Mar. 3 | | | 140 | USAA / HomeOwners Ins. | $ (1,094.72) | |
| Mar. 3 | | * | 141 | Pearl Nudy / Reimbursement of Expenses | $ (388.20) | detail |
| | | | 142 | Wells Fargo / Home Mortgage | $ (1,160.70) | |
| 4/2/22 | | | 143 | Registrar of Wills - Agent for Tax Return | $ (18,255.97) | |
| Mar 30 | | | 144 | Pearl Nudy / Preparation of Return | $ (1,500.00) | |
| Mar. 30 | | | 145 | Pearl Nudy / Reimbursement of Expenses | $ (260.40) | |
| April 27 | | | 146 | Pearl Nudy / Reimbursement of Expenses | $ (338.00) | |
| May 1 | | * | 147 | Bruders / Return Security Deposit | $ (875.00) | |
| May 2 | | * | 148 | Wells Fargo / Home Mortgage | $ (1,160.70) | |
| June 8 | | | 149 | Ace Locks | $ (250.00) | |

* Where was security deposit
originally deposited? to
what account?

* Rental income collected
provide details

* Please Provide all bank
statements for accounts
in/o Joseph Woodward
from 7/3/20 to Closing

* Please Provide all estate
account bank statements *

* What is the status of the
house at 26 waterloo Ave?
Sold ??

2

85


pennsylvania
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

## SCHEDULE E
## CASH, BANK DEPOSITS & MISC.
## PERSONAL PROPERTY

**FILE NUMBER:**
15-20-1673

**ESTATE OF:**
Joseph C. Woodward, III

Include the proceeds of litigation and the date the proceeds were received by the estate.
All property jointly owned with right of survivorship must be disclosed on Schedule F.

| ITEM NUMBER | DESCRIPTION | VALUE AT DATE OF DEATH |
|---|---|---|
| 1 | TD Bank - Cash on hand | 17,476.00 |
| 2. | Navy Federal Credit Union | 1,118.13 |
| 3 | Wells Fargo Hoe Mortgage - Return of Escrow Overage | 2,324.49 |
| 4. | 2002 Ford Truck | 5,000.00 |
| 5. | 2002 Harley Davidson Motorcycle | 4,500.00 |
| 6. | 1997 Honda Trike Motorcycle | 1,500.00 |
| 7 | 5 Pocket Watches | 405.00 |
| 8. | Household Goods | 1,650.00 |

*Please Provide the Status*
*of Items #4 to #8 - WERE They*
*SOLD?? ARE they still in*
*the Estate?*

| | TOTAL (Also enter on Line 5, Recapitulation) $ | 33,973.62 |
|---|---|---|

If more space is needed, use additional sheets of paper of the same size.

(3)

Exhibit "S" pg. 85 of 85.

COLONIAL HYUNDAI of
**DOWNINGTOWN, LLC.**
4423 W. Lincoln Highway    **DOWNINGTOWN, PA 19335**
Phone (610) 873-8000    Fax (610) 873-9200

PURCHASER Joseph Woodward Jr.    10/10/2020

26 Waterloo Ave.    Berwyn    $1931a

1997 Honda    MC

1HFSC22 3XVA903014

CASH DELIVERED PRICE OF UNIT    $

FACTORY PROGRAM VEHICLES, DAILY RENTALS
OR OFF-LEASE VEHICLES
INITIAL HERE ——▶

Purchased
for    $1915.00

TOTAL FORWARD TO RIGHT COLUMN    ▲  $
USED CAR TRADE-IN AND/OR OTHER CREDITS

CASH SALE PRICE OF DESCRIBED VEHICLE    $
SERVICE CONTRACT
ROAD HAZARD
MAINTENANCE
TOTAL CASH PRICE
ALLOWANCE FOR TRADE IN
PRE-DELIVERY SERVICE CHARGE

BALANCE DUE
SALES TAX
PAYOFF

COLLISION COVERAGE    PA TIRE TAX
LICENSE, TITLE, REGISTRATION, ENCUMBRANCE FEE
DOCUMENTARY FEE
**NOTARY FEE**
MESSENGER SERVICE - ON LINE FEE, ANY
TOTAL CASH PRICE
CREDIT LIFE

BALANCE DUE    — $ 1915.00

THIS CONTRACT IS NOT BINDING UPON EITHER THE DEALER OR THE PURCHASER UNTIL SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. YOU, THE BUYER,
MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND ANY TIME BEFORE MIDNIGHT OF A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER
REPRESENTATIVE BY GIVING WRITTEN NOTICE OF CANCELLATION TO DEALER

10/10/2020

**COLONIAL HYUNDAI of
DOWNINGTOWN. LLC.**

4423 W. Lincoln Highway        **DOWNINGTOWN. PA 19335**
Phone (610) 873-9800    Fax (610) 873-9200

PURCHASER: Joseph Woodward JR

ADDRESS: 24 Waterloo Ave        Berwyn        STK #312

2002    Harley Davidson        MC

1HD1BMV13XY645382

FACTORY PROGRAM VEHICLES, DAILY RENTALS
OR OFF-LEASE VEHICLES
INITIAL HERE _____ ▶

Purchased
for        $4500.00

TOTAL FORWARD TO RIGHT COLUMN        ▲ $

USED CAR TRADE-IN AND/OR OTHER CREDITS

COLLISION COVERAGE

BALANCE DUE        $4500.00

THIS CONTRACT IS NOT BINDING UPON EITHER THE DEALER OR THE PURCHASER...

10/14/20

Exhibit "T"  pg. 2 of 2.