IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDTON WOODWARD | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-1367 |
| | : | |
| PEARL NUDY, et al. | : | |

## **ORDER**

AND NOW, this 28th day of February, 2025, upon consideration of Defendant Arlene Walsh's Motion to Dismiss (ECF No. 10), Defendants Judith Pandozzi and Diane Saeli's Motion to Dismiss (ECF No. 11), Plaintiff Brandton Woodward's responses thereto, and the arguments raised during oral argument on February 19, 2025—and for the reasons set forth in the accompanying memorandum—it is hereby ORDERED the Motions (ECF Nos. 10, 11) are GRANTED.

The Clerk of Court is DIRECTED to TERMINATE Defendants Walsh, Pandozzi, and Saeli from this case.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.